1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
JANE DOE,                        :   15-MC-1174(JG)
                                 :
         Plaintiff,              :
                                 :
     -against-                   :   United States Courthouse
                                 :   Brooklyn, New York
                                 :
                                 :
                                 :
UNITED STATES OF AMERICA,        :   Monday, October 26, 2015
                                 :   10:00 a.m.
         Defendant.              :
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - X

           TRANSCRIPT OF CIVIL CAUSE FOR ORAL ARGUMENT
               BEFORE THE HONORABLE JOHN GLEESON
                  UNITED STATES DISTRICT JUDGE

                     A P P E A R A N C E S:

 For the Plaintiffs:        GOLUB & GOLUB, LLP
                            Attorneys for the Plaintiff -
                            Jane Doe
                               225 Broadway
                               15th Floor
                               New York, New York 10007
                            BY: MITCHELL GOLUB, ESQ.

                            JONES DAY
                            Attorney's for Amicus Margaret Love
                               51 Louisiana Avenue, N.W.
                               Washington, D.C. 20001
                            BY: PAUL LETTOW, ESQ.
                               LAWRENCE D. ROSENBERG, ESQ.

                            LAW OFFICE OF MARGARET LOVE
                            Amicus Curiae
                               15 Seventh Street, N.E.
                               Washington D.C. 20002
                            BY: MARGARET COLGATE LOVE, ESQ.

*2*

A P P E A R A N C E S: (Continued.)

                    ROBERT L. CAPERS, ESQ.
                    UNITED STATES ATTORNEY
                    EASTERN DISTRICT OF NEW YORK
                    Attorney for the Defendant -
                    United States of America
                         271 Cadman Plaza East
                         Brooklyn, New York 11201
                    BY: DAVID K. KESSLER, ESQ.




Court Reporter:  Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                 Official Court Reporter
                 Telephone: (718) 613-2487
                 Facsimile: (718) 613-2694
                 E-mail: Anthony_Frisolone@nyed.uscourts.gov


Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

*Oral Argument*         3

1        (In open court.)

2        COURTROOM DEPUTY:  All rise.  The United States

3  District Court for the Eastern District of New York is now in

4  session.  The Honorable John Gleeson is now presiding.

5        (Honorable John Gleeson takes the bench.)

6        COURTROOM DEPUTY:  Calling civil cause for oral

7  argument in Docket No. 15-MC-1174, *Jane Doe against United*

8  *States of America*.

9        Counsel, please note your appearances for the

10  record.

11        MR. GOLUB:  For the plaintiff, Jane Doe, Golub &

12  Golub, LLP by Mitchell Golub.

13        Good morning, Your Honor.

14        MR. KESSLER:  For the defendant, United States of

15  America, David Kessler.

16        Good morning, Your Honor.

17        MR. LETTOW:  Paul Lettow of Jones Day, your Honor,

18  representing Amicus Margaret Love.

19        MS. LOVE:  Margaret Love.

20        THE COURT:  Okay.  Do you want to be heard in

21  support of your motion, Mr. Golub?

22        MR. GOLUB:  As a preliminary matter, your Honor, it

23  was based upon an earlier decision you made in another Jane

24  Doe versus United States of America that I brought this

25  petition on behalf of Ms. Doe here for an application for

*Oral Argument*                                                                4

1    expungement.

2          And I what did, basically, was citing the language

3    and the reasoning that this court used in terms of

4    establishing its basis for jurisdiction and the basis for the

5    reasoning for the application, I thought that it applied in

6    the case of Ms. Doe.

7          I don't know if it was the same case of insurance

8    fraud, but it was certainly a similar one going back about

9    15 years that resulted in her sole connection with the

10   criminal justice system.

11         Ms. Doe was then, and is now, a Licensed Practical

12   Nurse, has worked for many years with many infirm people, many

13   people that were possibly, eventually, terminal, and has

14   performed a real public service.  And she had worked in that

15   field for many years prior to her unfortunate involvement in

16   the insurance fraud case that resulted in a conviction here.

17         Your Honor had sentenced her to a 15-month sentence

18   and a number of years of supervised release afterwards and she

19   did that.  As a result of the conviction, she had initially

20   her license suspended and she was placed on probation for a

21   number of years.  And when that was all said and done, she was

22   attempting to get back into doing what she did before as a

23   Licensed Practical Nurse.

24         For a period of time, she had some success, and in

25   large measure, and I mentioned this in my reply brief, that

*Oral Argument*                                                    5

1    was because of the fact that she had established working

2    relationships with some of the nursing companies that would

3    refer out.

4            Essentially, what we are talking about here are

5    mostly -- it's mostly private work, this isn't government work

6    or anything else like that.  She basically has private

7    companies that would hire her, send her out to different

8    assignments, and that's significant from the standpoint of

9    what your Honor raised after I made the initial application

10   you're talking about a Certificate of Rehabilitation as a

11   possible alternative here as another measure.

12           And based upon my looking into the analogous

13   situation in New York with the Certificates of Relief From

14   Civil Disabilities and the Certificate of Rehabilitation, it

15   struck me that what that does is it may eliminate legal bars

16   to certain things, like, you were legally barred from applying

17   for a civil service job because of this conviction we remove

18   that.  You were legally barred from voting or other things

19   like that, we'll remove those.

20           But from the point stand of somebody who's working

21   in the private sector, it doesn't really have the intended

22   effect.  And what we're really talking about here --

23           THE COURT:  How do we know that?  I'm not suggesting

24   that I think you're wrong, but, I mean, how do we know?

25           MR. GOLUB:  I think that common sense tells us that

*Oral Argument*                                                      6

1   they'll look and they make a note that, well, she served her

2   sentence.  She's out now, she's back here, she's been

3   reinstated.  But, in the end, they're still going to look at

4   the same thing they looked at before and say, oh, convicted of

5   insurance fraud, healthcare fraud, and nothing is going to

6   change.  It's basically the Court's printing a seal of

7   approval saying she's been rehabilitated and everything else.

8           For the private sector --

9           THE COURT:  They don't care what judges say?  I'm

10  not suggesting that's a preposterous notion.

11          MR. GOLUB:  No, it doesn't seem they do and

12  everything else like that.  It's one of things we look at, for

13  example, by analogy when people are told, for example, all

14  right, listen you have to have X amount of women business

15  owners or this or that or something else or else you're going

16  to lose federal funding and they do.  And when they are

17  otherwise privately held they don't have to answer to anybody,

18  they don't.

19          I don't think it's any different in this situation

20  that if there is no consequence to them, and there really

21  isn't, the Court saying, well, shame on you for doing this,

22  there is no other consequence to them.  There is this

23  collateral consequence unlike the collateral consequences that

24  Ms. Doe faces as a result of this conviction 15 years later.

25          THE COURT:  Even if the relief you seek is granted,

*Oral Argument*                                                    7

1    isn't there still going to be a record readily available to

2    her employers?

3            MR. GOLUB:  I don't believe so because if the

4    conviction is expunged I think that as well the indication on

5    the license, and that was what I attached to my original

6    motion papers, that page from the web page where virtually

7    anybody can go to do their own check.  There's two ways to go,

8    you do a criminal background check.

9            THE COURT:  Who's in charge of that?

10           MR. GOLUB:  That's New York State licensing.

11           THE COURT:  They're not here.  Can I properly enjoin

12   them?

13           MR. GOLUB:  If there's no record of a conviction

14   expunged, I think there's a legitimate basis to go back and

15   say, listen, that conviction has been expunged.  There is no

16   basis for to you have it on the license.  They will look and

17   say, well, there is no record, run your criminal check, it's

18   not there.  I think then there is a compelling basis for them

19   to change that and I think that's the best chance she has.

20           Anything short of that, I'm fearful that what you're

21   intending to do, which I think is correct and admirable, will

22   not have any opportunity of happening.

23           THE COURT:  What is it that I'm intending to do?

24           MR. GOLUB:  You're saying that you're trying to give

25   her an opportunity to put the perpetual punishment for this

*Oral Argument*                                                        8

1  conviction for which she's paid her time, and the collateral

2  consequence of basically being rejected again and again for

3  future employment.

4           That's what I believe you're intending to do saying:

5  Enough is enough, she's been punished and she should be able

6  to get on with her life now.  I think that the expungement

7  gives her the best chance of doing that.

8           THE COURT:  Okay.  Thank you.

9           MR. GOLUB:  Okay.

10          THE COURT:  Would you like to be heard.

11          MR. LETTOW:  Your Honor, may I collect my materials

12 from the desk?

13          THE COURT:  Yes.

14          MS. LOVE:  I'm going to let my counsel say a word

15 first and then I'll add a bit.

16          THE COURT:  Okay.

17          MR. LETTOW:  Thank you, your Honor.

18          With the Court's permission, I could briefly address

19 a few of the issues that have arisen regarding audita querela.

20          First, we think this Court does have subject matter

21 jurisdiction to consider the petition for audita querela.  In

22 Morgan, the Supreme Court construed the writ of coram nobis as

23 a step in the underlying criminal case rather than as a

24 separate proceeding.  In audita querela, coram nobis, courts

25 have spoken at length.

*Oral Argument*                                                                 9

1          So Courts of Appeal have stated, or at least assumed

2     in some cases on the basis of <u>Morgan</u>, that audita querela

3     exists, too, in the post-conviction context.  We don't think

4     <u>Kokkonen</u> applies in this context because of the material

5     differences.  <u>Kokkonen</u> being a settlement in a civil case

6     where enforcing that settlement would have required a new

7     civil suit under state law, so we don't think <u>Kokkonen</u> applies

8     in this case.

9          Even if it does, we think the Court's consideration

10    of a Writ of Audita Querela would fit under either prong of

11    ancillary jurisdiction under <u>Kokkonen</u> first because of the

12    interdependence of the conviction and its ensuing

13    consequences, and then under its authority to vindicate its

14    authority and effectuate its decrees.

15         We think that the Second Circuit has never directly

16    addressed the question as to whether the Writ of Audita

17    Querela is available for purely equitable reasons.  It is said

18    that it is available for legal reasons in certain limited

19    contexts.

20         And the Tenth Circuit, and some of the district

21    courts in the Tenth Circuit, including <u>Villafranco</u> a 2006 case

22    have gone back through the history and the case law and the

23    scholarship and determined that audita querela is, in fact,

24    available for equitable reasons.  We would commend the

25    <u>Villafranco</u> case to the Court for that purpose.  So we think

1  it is available.

2       The other issue that we'd like to raise is even

3  under the definition that most circuit courts have held

4  applies in the case of audita querela, which is the legal

5  defense or discharge, we think that courts ought to be careful

6  not to too narrowly define the discharge.

7       Historically, of course, and for audita querela the

8  discharge meant that either the debt had been released or that

9  it had been paid, and we think that there can be cases where,

10 for example, if someone is unable to work productively and

11 provide for their family that that can be effectively a

12 discharge of the sentence that they have served and now

13 they're being sentenced to what is effectively a lifetime of

14 unemployment.  And Judge Dearie, in his <u>Stevenson</u> expungement

15 opinion, I think addresses some of those questions.

16       Finally, briefly, in terms of this kind of

17 anticipating this "floodgates" argument.  In the first case,

18 of course, if the Court were to grant a Writ of Audita

19 Querela, it would have be in the extreme or extraordinary

20 circumstances.  And, historically, it would also have to take

21 into account the question of whether other remedies other

22 post-conviction remedies are available, so this is not a way

23 to circumvent, for example, §2255 or other statutory schemes.

24 And, furthermore, it would have to consider whether the

25 petitioner could have brought the basis for the petition

1    earlier and then would have the balance the equities.

2         Finally, I'd just like to point out the Writ of

3    Audita Querela we think is authorized for this court and other

4    district courts.  And because it's authorized, using it could

5    have the salutary effect; that is, the normal back and forth,

6    the normal constructive dialogue among the branches.

7         So, for example, if the court uses it in an

8    appropriate context, it could be a signal to the Legislative

9    Branch that law reform is necessary in this collateral

10   consequences context.

11        And the exemplar of this is the administration of

12   the pardon process in the 18th and 19th Centuries both in

13   England in the United States where judges routinely were

14   recommending to the executive that a pardon be granted

15   oftentimes for similar reasons here, and the Executive

16   regularly granted those pardons.  And that process became so

17   overwhelming over time that it encouraged the legislature in

18   both countries to consider some of the overpenalization that

19   had been going on historically.

20        So we think that when used appropriately with the

21   Court's authority which we think it has to could be part of

22   that normal constructive ongoing dialogue.

23        THE COURT:  Are the circumstances here sufficiently

24   extraordinary warrant at that relief in your view?

25        MR. LETTOW:  Your Honor, I think Ms. Love may speak

*Oral Argument*                                              **12**

1   shortly, but I -- we're somewhat reluctant to weigh in on that

2   in part because I'm not sure we have the same information that

3   the Court and the parties have:  Deposition transcripts, the

4   records, and so on.  So we are reluctant to weigh in on that.

5            MS. LOVE:  Thank you, your Honor.

6            Mr. Lettow is perfectly correct, we really don't

7   have the facts at our disposal to advise you in this

8   particular case.  And it is a very fact-based determination

9   much like a pardon is a very fact-based determination.

10           I believe that it would be preferable to have

11  current legislation to authorize the courts to grant relief.

12  The states have been extremely active in trying to device

13  different kinds of legislative solutions.  The law reform

14  organizations, most recently the American Law Institute, is

15  addressing this problem, and I don't think it's any accident

16  that in my most of the state legislation, and in the ALI

17  proposal like the Uniform Act, the courts are the ones that

18  are given the lead in addressing collateral consequences.

19           Unfortunately, in the federal sector, this wave of

20  reform appears to be slow in coming.  The current sentencing

21  reform legislation pending in both the Senate and House that's

22  been billed as comprehensive really does not address this

23  problem except a tiny sliver of juvenile adjudications.  And I

24  think that's a shame, and perhaps in the course of being

25  considered there will be other opportunities.  For example, I

1    saw that Judge Sullivan in Washington last week, in approving

2    a deferred prosecution agreement for a corporation, had a

3    great deal to say at the end of his opinion about why the

4    Justice Department does not accord the same consideration for

5    little people, for drug offenders, for small-time offenders.

6              States have authorized deferred adjudication for

7    courts.  There is a very narrow federal statute that

8    authorizes that for drug possession, but that statute could be

9    broadened greatly.

10             Pending that attention, we were really quite pleased

11   to find what we believe is existing, if perhaps a brief

12   antique, legislative authority for a court to act in these

13   case and courts have acted in these cases.  So with

14   jurisdiction, we believe that this is a very, very fine

15   opportunity for the courts to begin to speak to these problems

16   to hasten this process of reform.

17             And I really hope that the Justice Department will

18   get on board.  They have had a great deal to say to the states

19   about how the states ought to deal with this problem, but they

20   have not, and as I suppose as alumnus of the Department for

21   many years, all I can think of is that if I were still there,

22   I would certainly be trying to deal creatively and positively

23   with this problem, with the law I had, as opposed to just

24   simply reflexively saying no to everything.

25             THE COURT:  What would work best?  There are private

1   databases.  There are interesting and difficult legal

2   questions that have to be resolved here.  But being a

3   feet-on-the-ground type, what would actually work best to lift

4   the disability for someone like Jane Doe when it comes to

5   getting a job?

6           Does expunction actually work given how the

7   information tends to proliferate itself and end up elsewhere

8   other than just in the FBI records?  Do these certificates of

9   relief from disabilities actually accomplish the goal in the

10  states?

11          Would one -- obviously, I asked Mr. Golub how he

12  knows to might not be that effectual here in this setting.  My

13  interest beyond figuring out the difficult legal questions

14  that this application raises is very concrete.  It's how to

15  help people who we want to be able to work.  We don't want

16  them -- they don't want to be on public assistance, we don't

17  want them on public assistance.  What can we to do get them

18  off of public assistance and onto somebody's payroll?  What

19  form of relief would guest effectuate that intent assuming for

20  argument's sake that this request Jane Doe would be the

21  beneficiary of that intent.

22          MS. LOVE:  I think there are three steps, your

23  Honor.  The issue of mandatory legal sanctions, ineligibility,

24  inability to get through the door is a major problem in many

25  areas.  Healthcare is one of them, as a matter of fact, where

1    a person with a felony conviction is ineligible to even apply.

2          Now, that doesn't apply in this case, that's a

3    problem that is dealt with by the New York certificates.  It

4    would be dealt with by the various law reform proposals that

5    are pending.  It would be dealt with a pardon.

6          The second step is a certification of good conduct

7    that will be persuasive, that will protect an employer that

8    may be nervous about hiring someone.  Frankly, I think the

9    employers that are unwilling are going to be the last ones

10   that are sort of reflexively, again, unwilling are going to

11   hard to reach, they will be the last ones to reach.

12         But the third step, I think, is a program of public

13   education.  I've just come from a meeting of the Uniform Law

14   Commission trying to figure out how to deal with the problem

15   of criminal records and they want to try to develop a uniform

16   act and it's a major problem now.  And even though most of the

17   conversation is about mass incarceration, I think mass

18   criminalization, mass conviction will be the next topic.

19         So it's hard, it's hard to deal with attitudes that

20   are risk averse and that find conviction a convenient sorting

21   mechanism.  There are ways to try to soften this attitude.

22   There's this "ban the box" movement which is one small tool, I

23   think.  I don't think "ban the box" would have helped either

24   of the Jane Does because they apparently had no problem

25   getting a job, at least in some cases, and then the record

*Oral Argument*                                    16

1  check came, then they were fired.  That's seems to be part of

2  the pattern here.  The more common pattern is when you apply

3  and send your résumé and check the box.  There's no

4  consideration at all for that person.

5          So I think it's a difficult, difficult problem and

6  everybody has their part to play, but when I was Pardon

7  Attorney I always thought that a pardon was a ticket to a new

8  life.  It was not only removing legal disabilities, it was a

9  certification of good character, and from a pretty important

10  place that would not put his name on something and vouch for a

11  person without pretty good evidence that they were worth it.

12          Unfortunately, the Pardon Program in the Department

13  has pretty much dried up, which is something that needs to be

14  attended to.  But, in the meantime, I think the more comment

15  on these issues, the more attention to these issues, we very

16  much welcome the interest and involvement of the Judiciary.

17  It's time that this became a topic of conversation.  It's time

18  that we began to move the other branches.  And we, as I said,

19  we welcome whatever the courts can to do bring attention to

20  this whether it's the way Judge Sullivan commented or

21  Judge Dearie's opinion and your own actions, obviously, are

22  tremendously important and have been themselves the topic of

23  conversation throughout the country.  So that's the kind of

24  conversation that we do need to get started and we may reach

25  the other branches and I hope we will.

*Oral Argument*                                                17

1          THE COURT:  Focusing just on the relief that a court

2     can grant, obviously, the pardon power is in the Executive,

3     legislative power is in the Elected, in the other elected

4     branch, I can't do any of those.  Is it more effective for

5     Jane Doe to, in terms of getting and keeping a job, to having

6     a conviction expunged, or is it more effective to have a

7     rubric pursuant to which a judge in an appropriate case can

8     issue a statement, a certificate, whether it's years after the

9     termination of probation or coextensive at the same time as

10    the termination of probation.  The essence of which is a

11    statement to an employer that this person has rehabilitated

12    herself and the Court's judgment should not be barred from

13    employment because of the conviction.

14         I don't mean to suggest there aren't other

15    alternatives.  What would be most efficacious and dissuading

16    an employer, either a future employer or a current employer,

17    who has just now learned of the conviction.  What's the most

18    useful device to get the defendant and that person's employer

19    to keep her in that person's employ, or is there nothing a

20    judge can do that's going to have an attraction?

21         MS. LOVE:  The debate between forgiving and

22    forgetting has been going on for 60 years, since the Model

23    Penal Code, the first Model Penal Code.  The first Model Penal

24    Code chose the forgiving method a set aside.  Expungement

25    appears to be the relief that most people want because they

1    don't trust employers, they don't trust them to behave

2    reasonably; in fact, in some states, they're even trying to

3    get a pardon expunged, which seems rather to me pointless, and

4    certainly disrespectful to the Executive Branch.

5            THE COURT:  Right.

6            MS. LOVE:  But I'm not sure what the answer is.

7    Functionally, I've always thought that forgiving was a more

8    thorough remedy in the long run giving the community and the

9    person who has offended against its laws a chance to

10   reconcile.  Perhaps that's overly optimistic.  Functionally,

11   expungement in the states is of mixed usefulness.  Generally,

12   it only applies to very level offenses, or nonconviction

13   offenses as in New York where nonconviction records are

14   automatically expunged.

15           THE COURT:  Right.

16           MS. LOVE:  I think that's a good thing.

17           I am being dragged by some of my colleagues toward a

18   better opinion of expungement, which I have not had in the

19   past, but I think the legislature will be very reluctant to

20   authorize expungement, whatever that means functionally for

21   felony offenses.  They have been in the states.  Unless the

22   states had an old expungement law which they had from the '70s

23   that was when they were doing all this legislation, and then

24   20 years intervened where we apparently forgot everything that

25   happened before.

1        But, again, functionally, it's very hard to tell

2   whether you can literally get rid of a record.  Whether you

3   can find somebody in Google, I can frequently find people in

4   Google if I'm looking for what they do, particularly if

5   they're serving a long sentence.

6            So it's difficult.  I would prefer myself, to work

7   on the forgiveness model.  A more transparent model where you

8   really sort of tried to urge the business community to come

9   around.  I think the public education component of this is

10  enormously important.  Ohio is a very interesting state where

11  their current governor, Governor Kasich has been most

12  interested in these issues, and he has spoken publicly.  There

13  is certificate now in the courts in Ohio that he helped get

14  through.

15           And I think he said, I heard him speak one time

16  about how he had 5,000 trucks out there waiting for drivers,

17  and in Ohio a commercial driver's license was barred if you

18  had a felony conviction for anything not to do with driving.

19  Governor Kasich got behind a law to change that.  So this is

20  the kind of involvement -- and there are other governors who

21  have been very active in this area.

22           But, again, the role of courts in this public

23  education program is perhaps limited and it's obviously

24  limited to the particular case before you, but it is -- I

25  think it can be tremendously effective, and if the Executive

*Oral Argument*                                                    **20**

1   is reluctant to use the bully pulpit to talk about these

2   issues then someone has to.

3              THE COURT:  Okay.  Thank you.

4              Mr. Kessler.

5              MR. KESSLER:  Thank you, your Honor.

6              I just want to touch on a couple of points that were

7   made by counsel for the petitioner and for the amicus curiae.

8              First, to amendment or correct the record I think a

9   little bit.

10             Counsel for the petitioner, I think, in either reply

11  brief mentioned that it seems like the reason that the

12  petitioner was able to work from 2008 to 2011 was that she was

13  working for agencies that had employed her before, so there

14  was less of a check on her background, or she didn't need to

15  reapply for those jobs.

16             What the transcript shows is that that was true this

17  is Page 47 to 48.  That was true for 2004 to 2006 before her

18  license was suspended, but that after 2007, I guess, between

19  2008 and 2011 when she began working again full time after

20  that suspension, there is certainly no evidence in the record

21  or at the deposition that those agencies, and the names are

22  different, were agencies for whom she'd worked before.  So

23  that is a salient fact.

24             The Court asked whether, you know, New York State is

25  not a party here, so to what extent could an order from this

1   court bind New York State.  I think it is unlikely for

2   New York State to erase the reference to the felony conviction

3   on Ms. Doe's, sort of, nursing license record.  But I think

4   there's no authority for the Court to be able to order

5   New York State to erase the record of the suspension itself

6   which is a New York proceeding under New York administrative

7   process.

8           And so, I'm not sure that even if the record were

9   scrubbed so that the basis for the suspension wasn't listed

10  that would go so far.  And I will come back to what the I

11  think the Court might be able to do.

12          But just turning to the audita querela question for

13  a moment.

14          I've laid out in the Government's papers.  I think

15  the law in the Second Circuit is pretty clear that there has

16  to be a legal defect before that writ can be considered and

17  that's the reason that after <u>Morgan</u>, you know, which I think

18  is the '50s.

19          Ever since then coram nobis and audita querela have

20  been considered by courts because that is consistent with

21  ancillary jurisdiction that all the other circuits have

22  interpreted, or many of the other circuits so far have

23  interpreted <u>Kokkonen</u> as laying out which is that there might

24  be jurisdiction to expunge or to address a conviction where

25  there's a legal defect or a legal problem in some way with the

*Oral Argument* 22

1  conviction.

2        But neither <u>Morgan</u> nor any other case of which I'm

3  aware that is the circuit law at this point says that there is

4  jurisdiction from some source other than, you know, the

5  ancillary jurisdiction to grant a Writ of Audita Querela and

6  we have gone through the jurisdictional question here.

7        So then just turning to the Court's question about

8  whether the circumstances here are extreme enough to warrant

9  issuing, I guess, either ordering expungement or issuing a

10  Writ of Audita Querela.

11        The Government's position is that they are not,

12  these are not the same circumstances as was before the Court

13  in the previous Jane Doe case for a number of reasons, but

14  sort of the two most salient ones are, first, at a minimum,

15  the record about the difficulty Doe has faced in getting and

16  keeping jobs because of her conviction is less clear in this

17  case; and, second, or perhaps more important, she's never been

18  truthful about her criminal record.  And that appeared to be

19  something the Court took into consideration in the previous

20  case, certainly, those facts are different here.

21        And if extreme circumstances warranting expungement

22  were found here that would at some level license all

23  defendants, or all people with criminal convictions, to

24  voluntarily not check the box, to voluntarily not report their

25  status from day one because there wouldn't have been a

1    consequence to that.

2              So finally, turning --

3              THE COURT:  I'm sorry.  What do you mean by that?

4              MR. GOLUB:  Sure.

5              What the petitioner said she's done in this case is

6    she's never truthfully reported having a criminal conviction.

7    So she's basically expunged her own conviction as soon as she

8    got out of -- as soon as she stopped serving her sentence.

9              So if that the record of that over many years, that

10   being the not reporting a conviction, still warranted

11   expungement that would create a huge incentive for everyone

12   else with a criminal conviction as soon as they got out of

13   jail to stop reporting that conviction and whether or not,

14   ultimately, the right answer is that there should be

15   expungement or Certificates of Rehabilitation, or there should

16   be forgiveness or forgetting.

17             I think we can all agree there shouldn't be

18   forgiveness and forgetting immediately without some great

19   showing of whatever ultimately Congress says will be required

20   to expunge convictions.

21             THE COURT:  What if she checks the box, does she get

22   jobs?

23             MR. GOLUB:  The record is not clear in this case

24   because she's never checked the box.  In New York State,

25   it's -- employers have to take into account whether a prior

1   conviction relates to a current job in deciding whether or not

2   to hire somebody.  There are these Certificates of

3   Rehabilitation that Ms. Doe was not given one, I don't know

4   why in this particular case.  So I think on this record we

5   can't answer the question what would happen if this particular

6   petitioner had checked the box in every single case.

7           Certainly, I think that it's obvious that a

8   conviction may make finding jobs more difficult in some cases

9   at least but that's not something that warrants expungement.

10  The law is very clear that extreme circumstances are at a

11  minimum what's required.

12          So just turning finally to, you know, I think the

13  Court asked amicus curiae is expungement a better remedy

14  issuing some sort of certificate because the courts can't

15  pardon someone or pertaining to the law.  It's the

16  Government's position that the Court can't expunge a petition

17  in these circumstances.

18          Certainly, the Court can do what Judge Dearie did in

19  the <u>Stevenson</u> case which amicus mentioned which is effectively

20  vouch for the petitioner in the opinion.  So, certainly, that

21  is something a Court can do right now under the current law

22  with no changes.

23          I think amicus suggested a court can recommend a

24  pardon, I'm not sure I understand the logistics of that enough

25  to be able to comment on everything that would be involved in

1  that, but I'm not really sure it's different than vouching for

2  someone that this person is reformed.

3          But, in this case, I think the record is not clear

4  on that.  Even if there were a case where a Court didn't have

5  jurisdiction to expunge the conviction but did believe that

6  the petitioner was reformed.

7          THE COURT:  So when you're not saying no, when

8  you're saying maybe, yes, in the right case, the yes takes the

9  form of an opinion that says -- what do you mean by vouch?

10  What does that mean?

11          MR. KESSLER:  Sure.  I'm hesitant to suggest to the

12  Court what it do.

13          What Judge Dearie did --

14          THE COURT:  Don't be hesitant, this is your job.

15  DOJ is very much -- wouldn't know it from this case -- but DOJ

16  is, in the main, on the other side of this, helping people get

17  jobs.  That's what reentry is all about.  So don't be

18  hesitant, I think it's your job.

19          MR. KESSLER:  So here's what Judge Dearie did.

20          Judge Dearie held that the law in the Second Circuit

21  is that expungement requires extreme circumstances.  He didn't

22  address the jurisdictional question one way or another, and he

23  pointed out that under the facts of this <u>Stevenson</u> case, which

24  was a couple of weeks ago.  If the petitioner had not shown

25  extreme or exceptional circumstances warranting expungement,

1    but -- I forget exactly what the sentence said -- but he went

2    on to say, My hope is that this opinion will serve as an, I

3    don't know, an indication or a reference or some word like

4    that to potential employers that, in my opinion, the

5    petitioner is employable and completely reformed, has paid her

6    debt to society is an exemplary person.

7             I think there's no jurisdictional or statutory bar

8    that would prevent a Court from saying that.

9             THE COURT:  Okay.  Is that it?  Anything might work

10   better?  What about a Certificate of Rehabilitation?  What

11   about something that the determination of probation

12   supervision that might, with the Government's assistance,

13   constitute a some value added to the defendant who has

14   successfully completed probation and seeking employment?

15            MR. KESSLER:  So, with respect to the certificate of

16   rehabilitation, to use generic term for, you know, whether

17   it's the New York State Relief from Disabilities or some other

18   operative document that orders or affirms something, there is

19   no jurisdiction to issue such an order.

20            THE COURT:  Why not?

21            MR. KESSLER:  Because the courts have jurisdiction

22   only to the extent there's constitutional provision or statute

23   or ancillary jurisdiction.

24            THE COURT:  Can I do a determination at the end of

25   probation period when I still have the case?

*Oral Argument* 27

1          MR. KESSLER:  I think that's possible.

2          THE COURT:  Okay?

3          MR. KESSLER:  We haven't briefed that here.  But,

4   certainly, courts have more jurisdiction over sentencing

5   considerations when a defendant is still --

6          THE COURT:  Either I have it or I don't.  I don't

7   think I can have partial subject matter jurisdiction.

8          Assume it's at the conclusion of a probationary

9   period.  The probationer has distinguished herself in a manner

10  that, in the Court's view, renders her qualified for

11  employment notwithstanding the conviction.

12          Is there any impediment, legally or logically, to

13  the Court saying so in a document that the probationer can

14  take with her to a prospective employer, or hold in her hand

15  until the prospective employer raises the prior conviction.

16  Can I do that?

17          MR. KESSLER:  I can't think off the top of my head

18  to a legal or logical bar to the Court issuing such a

19  statement.  I think if the Court were to issue an order, you

20  know, that records be expunged, or an employer take certain

21  actions then there would be significant legal problems.  There

22  would be separation of powers concerns that are implicated in

23  these cases.  There might be, you know, personal jurisdiction

24  questions about -- or not personal jurisdiction -- but

25  New York State wouldn't be a party to the underlying criminal

1  case.  There would be legal difficulties in ordering New York

2  State to take certain actions.

3          So I think to the extent the Court would make

4  orders, or directives at the end of probation, I think there

5  still would be significant legal problems.

6          To the extent that the Court were issuing a

7  statement attesting in a, I guess, in some document attesting

8  to the reformation or the successful completion of probation,

9  I cannot, at the moment, think of a reason that could not be

10  done.

11          THE COURT:  I wonder if you think it would be

12  helpful to you if your office aligns itself with the approach

13  of DOJ generally?  Would it be helpful to you, in your efforts

14  to get people like Jane Doe employment?  Other U.S. Attorneys

15  are approaching this differently.  They're trying to get

16  people like her jobs.

17          MR. KESSLER:  Well, your Honor.

18          THE COURT:  So my question is:  Do you think it

19  would be helpful to U.S. Attorneys, and to their reentry

20  coordinators, if, in an appropriate case, and obviously the

21  U.S. Attorney could weigh in on whether such a certificate

22  ought to be issued.  You think it would be helpful in your

23  efforts to get people like her employment.

24          MR. KESSLER:  It could be although now the probation

25  department is able to speak to that.

1            But on the question of this office, this office is

2    supportive of the POP and SOS programs and other programs.

3            THE COURT:  That's not a reentry program.

4            MR. KESSLER:  I understand that, but the Office is

5    supportive of those perhaps, and it is the position of the

6    U.S. Attorney's Office, and really all the U.S. Attorney's

7    Offices that have argued the Kokkonen issue that there is no

8    jurisdiction to, you know, expunge criminal convictions.

9            So this office is not an outlying in taking that

10   position.  But I think information from the Court would always

11   be helpful in helping reentry.

12           THE COURT:  All right.  Thank you.

13           MR. KESSLER:  You're welcome.

14           THE COURT:  Anything further from Jane Doe?

15           MR. GOLUB:  Yes.  Briefly, if I may.

16           You said at the beginning of your comments you say,

17   look, I'm looking for on-the-ground type of stuff here.  And

18   just listening respectfully, a Jane Doe or somebody else going

19   to an employment saying, I have this decision by Judge Dearie

20   or elsewhere and, look, they say good things about me here.

21   This is a nice intellectual discussion but it's not real

22   world.  It has virtually no impact.

23           These reentry programs that the Government talks

24   about here, what we're talking about mostly here are people

25   who never had specific employment skills who are now being

1    trained, so you won't sell drugs anymore because we're giving

2    you real-life skills so you can actually get a real job which

3    is very different than here.  This woman had, and continues to

4    have, professional skills.

5            And so, she doesn't need that type of retraining or

6    something else like that, and her track record, other than

7    this one incident, has shown that this was, for lack of a

8    better word, aberrational conduct.  It's not who she is and

9    what she is doing.  So it's a little bit of a different

10   situation than we have over there.

11           As far as what was said before that, you know,

12   New York State, you know, violations are automatically sealed

13   and misdemeanors can be sealed, felonies are rarely sealed.

14   What the real effect of that is that essentially in most

15   cases, that's the end of it, you know, it's done and

16   everything else and they can honestly say, yeah, I've never

17   been convicted and it has real impact.

18           In terms of Jane Doe here not truthfully putting,

19   yes, I have not been convicted, go ahead, deny me.  Most

20   employers will not truthfully say what they're doing.  They

21   won't give a reason.  I was astounded when I reached out to a

22   couple of employers who had offered jobs and I actually got

23   back a letter, which is included in my motion papers, where an

24   employer actually said, listen, we hired her, you had the

25   whole thing there, she had plane tickets to go, and then we

*Oral Argument*                                                    31

1   saw that and we withdrew it.  And that's the rare exception, I

2   commended them for doing that, but that's not realistic.

3           And so, in her situation, to have gone out there and

4   say from the beginning, yes, I've been convicted of a crime,

5   it was healthcare fraud, but I really wasn't what I'm doing

6   here but it wasn't -- I mean it's over before it begins.

7           If we're talking about on-the-street reality and

8   everything else, I don't think that should be held against her

9   in considering the merits of whether or not.  I think the fact

10  that just one or two of these people have honestly said,

11  listen, but for this, of course, we would have kept her but we

12  can't do that now, we're going to let her go.

13          I think that's the real situation.  I think the

14  merits here warrant the Court's intervention, and for the

15  reasons I stated before, I believe that the best chance Jane

16  Doe has is the expungement and that she can contact the state

17  and say, listen, do a record check, it's not there anymore.

18          Maybe just maybe they will listen, no, you don't

19  have the authority to order them, we're ordering you by

20  removing from your website that she had a conviction.  But if

21  they run their own record check and it's not there anymore she

22  at least has a chance of having to cleared; and so, I'm asking

23  the Court to do what you did in the earlier case and grant the

24  expungement.

25          THE COURT:  Okay.  Thank you.

*Oral Argument* 32

1           MR. GOLUB:  Thank you.

2           MR. LETTOW:  Your Honor, very briefly may I make a

3     comment?

4           The Tenth Circuit in <u>Oliver</u> I think clearly states

5     that audita querela is available for equitable reasons and

6     that's never been overruled.  And according to <u>Villafranco</u> the

7     district court looked back at that history and said it is

8     available.  We think that's important because the

9     Second Circuit has never directly addressed the question.

10          And the reason I say that is because, again, looking

11    at what constitutes whether for equitable reasons, or under

12    this discharge category, particularly, with someone who is in

13    a profession that is needed and particularly needed in

14    society, it could well be that the collateral consequences are

15    so severe that they impose a sentence beyond which, beyond the

16    sentence she's already served and that's been discharged.

17          Now, why I do say all this.  I think audita querela,

18    I think, provides the Court wither authority to do a few

19    different things.  The remedies could be, one, and we saw this

20    in <u>Salgado</u> in the other courts that use audita querela in the

21    '90s.  In the most extreme cases to vacate or set aside the

22    conviction including for equitable purposes, and obviously,

23    that's one of the move drastic remedies, but I do think it's

24    available.

25          The other is, two, and you were asking about the

*Oral Argument*                                          33

1  effect that this Court would have on state bodies, I think

2  Mr. Kessler addressed this as well.  But, at the least, if one

3  is talking about a federal consequence or a bar, then surely

4  as part of a writ under audita querela you could specifically

5  target that in the right case and I say, I direct that this

6  may not be applied to this person.  Whether it's kind of

7  effectively, and as applied, constitutional challenge or just

8  equitable, you may apply it to this person.  So I think in the

9  federal context you can do that.

10         The third possibility, which is, I think what we

11  spent the most of the time discussing is you could use audita

12  querela in an appropriate case to issue, let's say, call it a

13  Certificate of Rehabilitation that would have something of the

14  effect of Judge Dearie's opinion which would be, I find this

15  person to be rehabilitated based on the facts in this hearing

16  and, essentially, I encourage in this it would be state

17  authorities as private employers to use it for that effect.

18         So we think that audita querela is it is little used

19  but it is available both in the Tenth Circuit and here

20  potentially, and that it could provide a number of different

21  remedies.

22         THE COURT:  Thank you.

23         MS. LOVE:  I'd just like to add that I'm very --

24  apart from the possibility of a set aside in a particular

25  case.  In some cases, in some states like Washington state,

*Oral Argument*                                                      34

1    they have enacted the old Model Penal Code approach.  They do

2    vacate convictions in certain cases and fairly routinely.

3              I'm very encouraged to hear this discussion about

4    the possibility of making a Certificate of Rehabilitation,

5    really a formal and recognized piece of a court's authority.

6    Whatever real effect it may have, if the Department recognizes

7    it, appreciates it, perhaps takes it under advisement in a

8    pardon context, I think that would be very perhaps a little

9    bit, I'm not even sure what the word is, without a specific

10   statute.  But if the Court does this, and if the Department

11   enthusiastically embraces this, I think this could go a long

12   way and perhaps then encourage Congress to put this on a solid

13   statutory footing.  And it might well look something like the

14   New Model Penal Code.

15             So I think that's a tremendously interesting and

16   exciting approach here that I've heard this morning.  Glad to

17   hear the Government thinks it's possibly good idea.

18             THE COURT:  Okay.  Well thank you for your able --

19             MR. KESSLER:  Your Honor, may I?

20             THE COURT:  -- assistance.

21             MR. KESSLER:  May I just say one more thing about

22   this?

23             THE COURT:  Sure.

24             MR. KESSLER:  I'm not sure what a Certificate of

25   Rehabilitation would look like, or if the Court could issue

1   one.  My only point before was that the Court is certainly

2   free in an opinion, or an order terminating supervision or

3   during probation to state its views about rehabilitation.  So

4   I want that to be clear.

5          THE COURT:  Okay.  Thank you.  Thank you for your

6   assistance to the Court, Ms. Love, and your colleague as well.

7   I'll take the application under advisement.

8          I did ask my law clerk to hand to you a copy of a

9   memorandum she wrote to me that addresses more generally

10  U.S. Attorney reentry efforts and I will upload it so the

11  record reflects what I've shared with counsel prior to the

12  argument.

13         But, in gross, what it memorializes is an approach

14  by the Department of Justice to the problem that this

15  particular petitioner, this Jane Doe, is facing that strikes

16  me as a little more enlightened than the one that this office

17  has taken in this case and in the prior Jane Doe case.  And I

18  want you to share this with the U.S. Attorney, please, share

19  this memorandum.

20         There's a Smart on Crime Initiative that the

21  Department of Justice began a couple of years ago, and among

22  the five goals for reform identified in the report referenced

23  in this memorandum is a goal to bolster reentry efforts to

24  deter crime and to reduce recidivism.

25         The Attorney General, it was Attorney General Holder

1  at the time instructed all federal prosecutors to factor

2  collateral consequences into their policies.  And he noted

3  that one consideration could be time limits on certain

4  collateral consequences.  And these collateral consequences

5  are obviously imposed by a huge patchwork of statutes and

6  regulations that operate to severely disable folks who have

7  served their sentences and served their supervision from --

8  kept them from getting employment.

9          And Attorney General Holder noted that it's

10  important to ensure that these former -- he referred to them

11  as formerly incarcerated individuals.  I think the sentiment

12  applies to people who get probationary sentences as well.  The

13  importance of not subjecting them to life-long penalties after

14  they have completed their terms of incarceration.

15          This toolkit, which is a Reentry Toolkit dated

16  March 2014 prepared by the Department of Justice, highlights

17  some of the, I think, admirable efforts that have been made

18  around the country by United States Attorney's.

19          The U.S. Attorney for the Southern District of

20  Alabama hosts an employment job fair program every year,

21  partners with the Mobile Chamber of Commerce to bring together

22  potential employers and formerly incarcerated folks; educate

23  former employers about tax credits that might be available if

24  they hire folks in the reentry setting.

25          The District of Columbia U.S. Attorney has an

1  Employer Reentry Forum Program that educates business leaders

2  in the community about the importance of supporting people who

3  are returning from prison.

4         Paul Fishman, who is the U.S. Attorney across the

5  river, has spoken at a couple of "Prisoner Reentry:  Breaking

6  the Cycle" conferences.

7         Among the things that occur at these conferences is

8  the U.S. Attorney staff, lawyers in the U.S. Attorney's Office

9  asking people who went to prison based on their own efforts

10 what they can to do help them get a job in the reentry

11 setting.

12        Before she became the Deputy Attorney General, Sally

13 Yates was the U.S. Attorney in the Northern District of

14 Georgia.  She held a summit on reentry in partnership with the

15 Governor's Office of Transition Support and Reentry.  The

16 purpose of the summit was to convene the business community,

17 U.S. Attorney's Office and formerly incarcerated people to

18 correct public misperception and dispel myths that affect

19 reentry prospects.

20        The current U.S. Attorney, her successor, continues

21 to partner with local organizations.  An initiative to provide

22 training and assistance for defendants in the reentry setting.

23        In the Northern District of Oklahoma, the

24 U.S. Attorney launched a Fresh Start Reentry Program which

25 includes a resource fair; it seeks to partner with local

---

*Oral Argument*                                                   38

1   businesses.

2           In the Smart on Crime Initiative, Attorney General

3   Holder casts reentry as a top priority throughout the country.

4   He promised to keep working closely with state leaders, agency

5   partners, federal interagency resource counsel, and the ABA to

6   engage in efforts to help people who are trying to reenter

7   after their convictions, help them succeed.

8           He said, "Ultimately, this is about much more than

9   fairness for those who are released from prison.  It's a

10  matter of public safety and public good and it makes plain

11  economic sense.  It's about who we are as a people."

12          That's from Attorney General Holder's remarks at the

13  ABA meeting of the House of Delegates back in August of 2013.

14          There's so much effort being expended by other

15  offices to get people like this Jane Doe and the other Jane

16  Doe who is referenced here in the arguments back into jobs.

17  It's incongruous to me that there seems to be so much effort

18  to be expended by this United States Attorney's Office to keep

19  them unemployed.  There ought to be a more positive approach

20  to this issue.

21          Please share this memo with Mr. Capers.

22          MR. KESSLER:  I will do that.

23          THE COURT:  I'm going to take the motion under

24  advisement.

25          Thank you very much.

---

1          MR. GOLUB:  Thank you.

2          MR. KESSLER:  Thank you.

3          MR. LETTOW:  Thank you.

4          MS. LOVE:  Thank you.

5          (WHEREUPON, this matter was adjourned.)

6

7                          *   *   *

8

9                  <u>CERTIFICATE OF REPORTER</u>

10

I certify that the foregoing is a correct transcript of the
11   record of proceedings in the above-entitled matter.

12

13

14

15   _____
     Anthony D. Frisolone, FAPR, RDR, CRR, CRI
16   Official Court Reporter

17

18

19

20

21

22

23

24

25

**'**

'**50s** [1] - 21:18
'**70s** [1] - 18:22
'**90s** [1] - 32:21

---

**1**

**10007** [1] - 1:17
**10:00** [1] - 1:8
**11201** [1] - 2:5
**15** [3] - 1:23, 4:9, 6:24
**15-MC-1174** [1] - 3:7
**15-MC-1174(JG** [1] - 1:3
**15-month** [1] - 4:17
**15th** [1] - 1:16
**18th** [1] - 11:12
**19th** [1] - 11:12

---

**2**

**20** [1] - 18:24
**20001** [1] - 1:20
**20002** [1] - 1:23
**2004** [1] - 20:17
**2006** [1] - 9:21, 20:17
**2007** [1] - 20:18
**2008** [2] - 20:12, 20:19
**2011** [2] - 20:12, 20:19
**2013** [1] - 38:13
**2014** [1] - 36:16
**2015** [1] - 1:7
**225** [1] - 1:16
**26** [1] - 1:7
**271** [1] - 2:4

---

**4**

**47** [1] - 20:17
**48** [1] - 20:17

---

**5**

**5,000** [1] - 19:16
**51** [1] - 1:19

---

**6**

**60** [1] - 17:22
**613-2487** [1] - 2:9
**613-2694** [1] - 2:9

---

**7**

**718** [2] - 2:9, 2:9

---

**A**

**a.m** [1] - 1:8
**ABA** [2] - 38:5, 38:13

**aberrational** [1] - 30:8
**able** [8] - 8:5, 14:15, 20:12, 21:4, 21:11, 24:25, 28:25, 34:18
**above-entitled** [1] - 39:11
**accident** [1] - 12:15
**accomplish** [1] - 14:9
**accord** [1] - 13:4
**according** [1] - 32:6
**account** [2] - 10:21, 23:25
**Act** [1] - 12:17
**act** [2] - 13:12, 15:16
**acted** [1] - 13:13
**actions** [3] - 16:21, 27:21, 28:2
**active** [2] - 12:12, 19:21
**add** [2] - 8:15, 33:23
**added** [1] - 26:13
**address** [4] - 8:18, 12:22, 21:24, 25:22
**addressed** [3] - 9:16, 32:9, 33:2
**addresses** [2] - 10:15, 35:9
**addressing** [2] - 12:15, 12:18
**adjourned** [1] - 39:5
**adjudication** [1] - 13:6
**adjudications** [1] - 12:23
**administration** [1] - 11:11
**administrative** [1] - 21:6
**admirable** [2] - 7:21, 36:17
**advise** [1] - 12:7
**advisement** [3] - 34:7, 35:7, 38:24
**affect** [1] - 37:18
**affirms** [1] - 26:18
**afterwards** [1] - 4:18
**agencies** [3] - 20:13, 20:21, 20:22
**agency** [1] - 38:4
**ago** [2] - 25:24, 35:21
**agree** [1] - 23:17
**agreement** [1] - 13:2
**ahead** [1] - 30:19
**aided** [1] - 2:11
**Alabama** [1] - 36:20
**ALI** [1] - 12:16
**aligns** [1] - 28:12
**alternative** [1] - 5:11
**alternatives** [1] - 17:15
**alumnus** [1] - 13:20
**amendment** [1] - 20:8
**AMERICA** [1] - 1:7
**America** [4] - 2:4, 3:8, 3:15, 3:24
**American** [1] - 12:14
**amicus** [4] - 20:7, 24:13, 24:19, 24:23
**Amicus** [3] - 1:19, 1:22, 3:18
**amount** [1] - 6:14
**analogous** [1] - 5:12
**analogy** [1] - 6:13
**ancillary** [4] - 9:11, 21:21, 22:5, 26:23
**answer** [4] - 6:17, 18:6, 23:14, 24:5
**Anthony** [2] - 2:8, 39:15
**anticipating** [1] - 10:17
**antique** [1] - 13:12
**apart** [1] - 33:24
**Appeal** [1] - 9:1
**appearances** [1] - 3:9
**appeared** [1] - 22:18
**application** [5] - 3:25, 4:5, 5:9, 14:14, 35:7
**applied** [2] - 4:5, 33:6, 33:7

**applies** [5] - 9:4, 9:7, 10:4, 18:12, 36:12
**apply** [4] - 15:1, 15:2, 16:2, 33:8
**applying** [1] - 5:16
**appreciates** [1] - 34:7
**approach** [5] - 28:12, 34:1, 34:16, 35:13, 38:19
**approaching** [1] - 28:15
**appropriate** [4] - 11:8, 17:7, 28:20, 33:12
**appropriately** [1] - 11:20
**approval** [1] - 6:7
**approving** [1] - 13:1
**area** [1] - 19:21
**areas** [1] - 14:25
**argued** [1] - 29:7
**ARGUMENT** [1] - 1:11
**argument** [3] - 3:7, 10:17, 35:12
**argument's** [1] - 14:20
**arguments** [1] - 38:16
**arisen** [1] - 8:19
**aside** [3] - 17:24, 32:21, 33:24
**assignments** [1] - 5:8
**assistance** [7] - 14:16, 14:17, 14:18, 26:12, 34:20, 35:6, 37:22
**assume** [1] - 27:8
**assumed** [1] - 9:1
**assuming** [1] - 14:19
**astounded** [1] - 30:21
**attached** [1] - 7:5
**attempting** [1] - 4:22
**attended** [1] - 16:14
**attention** [3] - 13:10, 16:15, 16:19
**attesting** [2] - 28:7
**attitude** [1] - 15:21
**attitudes** [1] - 15:19
**ATTORNEY** [1] - 2:2
**Attorney** [16] - 2:3, 16:7, 28:21, 35:18, 35:25, 36:9, 36:19, 36:25, 37:4, 37:8, 37:12, 37:13, 37:24, 38:2, 38:12
**Attorney's** [6] - 1:19, 29:6, 36:18, 37:8, 38:18
**Attorneys** [3] - 1:15, 28:14, 28:19
**attraction** [1] - 17:20
**Audita** [6] - 9:10, 9:16, 10:18, 11:3, 22:5, 22:10
**audita** [15] - 8:19, 8:21, 8:24, 9:2, 9:23, 10:4, 10:7, 21:12, 21:19, 32:5, 32:17, 32:20, 33:4, 33:11, 33:18
**August** [1] - 38:13
**authorities** [1] - 33:17
**authority** [8] - 9:13, 9:14, 11:21, 13:12, 21:4, 31:19, 32:18, 34:5
**authorize** [1] - 12:11, 18:20
**authorized** [3] - 11:3, 11:4, 13:6
**authorizes** [1] - 13:8
**automatically** [2] - 18:14, 30:12
**available** [11] - 7:1, 9:17, 9:18, 9:24, 10:1, 10:22, 32:5, 32:8, 32:24, 33:19, 36:23
**Avenue** [1] - 1:19
**averse** [1] - 15:20
**aware** [1] - 22:3

## B

**background** [2] - 7:8, 20:14
**balance** [1] - 11:1
**ban** [2] - 15:22, 15:23
**bar** [3] - 26:7, 27:18, 33:3
**barred** [4] - 5:16, 5:18, 17:12, 19:17
**bars** [1] - 5:15
**based** [6] - 3:23, 5:12, 12:8, 12:9, 33:15, 37:9
**basis** [8] - 4:4, 7:14, 7:16, 7:18, 9:2, 10:25, 21:9
**became** [3] - 11:16, 16:17, 37:12
**BEFORE** [1] - 1:12
**began** [3] - 16:18, 20:19, 35:21
**begin** [1] - 13:15
**beginning** [2] - 29:16, 31:4
**begins** [1] - 31:6
**behalf** [1] - 3:25
**behave** [1] - 18:1
**behind** [1] - 19:19
**bench** [1] - 3:5
**beneficiary** [1] - 14:21
**best** [5] - 7:19, 8:7, 13:25, 14:3, 31:15
**better** [4] - 18:18, 24:13, 26:10, 30:8
**between** [2] - 17:21, 20:18
**beyond** [3] - 14:13, 32:15
**billed** [1] - 12:22
**bind** [1] - 21:1
**bit** [4] - 8:15, 20:9, 30:9, 34:9
**board** [1] - 13:18
**bodies** [1] - 33:1
**bolster** [1] - 35:23
**box** [7] - 15:22, 15:23, 16:3, 22:24, 23:21, 23:24, 24:6
**branch** [1] - 17:4
**Branch** [2] - 11:9, 18:4
**branches** [3] - 11:6, 16:18, 16:25
**breaking** [1] - 37:5
**brief** [3] - 4:25, 13:11, 20:11
**briefed** [1] - 27:3
**briefly** [4] - 8:18, 10:16, 29:15, 32:2
**bring** [2] - 16:19, 36:21
**broadened** [1] - 13:9
**Broadway** [1] - 1:16
**Brooklyn** [2] - 1:5, 2:5
**brought** [2] - 3:24, 10:25
**bully** [1] - 20:1
**business** [4] - 6:14, 19:8, 37:1, 37:16
**businesses** [1] - 38:1
**BY** [4] - 1:17, 1:20, 1:24, 2:5

## C

**Cadman** [1] - 2:4
**cannot** [1] - 28:9
**CAPERS** [1] - 2:2
**care** [1] - 6:9
**careful** [1] - 10:5
**case** [39] - 4:6, 4:7, 4:16, 8:23, 9:5, 9:8, 9:21, 9:22, 9:25, 10:4, 10:17, 12:8, 13:13, 15:2, 17:7, 19:24, 22:2, 22:13, 22:17, 22:20, 23:5, 23:23, 24:4, 24:6,

24:19, 25:3, 25:4, 25:8, 25:15, 25:23, 26:25, 28:1, 28:20, 31:23, 33:5, 33:12, 33:25, 35:17
**cases** [10] - 9:2, 10:9, 13:13, 15:25, 24:8, 27:23, 30:15, 32:21, 33:25, 34:2
**casts** [1] - 38:3
**category** [1] - 32:12
**CAUSE** [1] - 1:11
**Centuries** [1] - 11:12
**certain** [6] - 5:16, 9:18, 27:20, 28:2, 34:2, 36:3
**certainly** [10] - 4:8, 13:22, 18:4, 20:20, 22:20, 24:7, 24:18, 24:20, 27:4, 35:1
**CERTIFICATE** [1] - 39:9
**Certificate** [6] - 5:10, 5:14, 26:10, 33:13, 34:4, 34:24
**certificate** [5] - 17:8, 19:13, 24:14, 26:15, 28:21
**certificates** [2] - 14:8, 15:3
**Certificates** [3] - 5:13, 23:15, 24:2
**certification** [2] - 15:6, 16:9
**certify** [1] - 39:10
**challenge** [1] - 33:7
**Chamber** [1] - 36:21
**chance** [5] - 7:19, 8:7, 18:9, 31:15, 31:22
**change** [3] - 6:6, 7:19, 19:19
**changes** [1] - 24:22
**character** [1] - 16:9
**charge** [1] - 7:9
**check** [9] - 7:7, 7:8, 7:17, 16:1, 16:3, 20:14, 22:24, 31:17, 31:21
**checked** [2] - 23:24, 24:6
**checks** [1] - 23:21
**chose** [1] - 17:24
**Circuit** [4] - 9:20, 9:21, 32:4, 33:19
**circuit** [2] - 10:3, 22:3
**circuits** [2] - 21:21, 21:22
**circumstances** [9] - 10:20, 11:23, 22:8, 22:12, 22:21, 24:10, 24:17, 25:21, 25:25
**circumvent** [1] - 10:23
**citing** [1] - 4:2
**CIVIL** [1] - 1:11
**civil** [4] - 3:6, 5:17, 9:5, 9:7
**Civil** [1] - 5:14
**clear** [6] - 21:15, 22:16, 23:23, 24:10, 25:3, 35:4
**cleared** [1] - 31:22
**clearly** [1] - 32:4
**clerk** [1] - 35:8
**closely** [1] - 38:4
**Code** [5] - 17:23, 17:24, 34:1, 34:14
**coextensive** [1] - 17:9
**COLGATE** [1] - 1:24
**collateral** [9] - 6:23, 8:1, 11:9, 12:18, 32:14, 36:2, 36:4
**colleague** [1] - 35:6
**colleagues** [1] - 18:17
**collect** [1] - 8:11
**Columbia** [1] - 36:25
**coming** [1] - 12:20
**commend** [1] - 9:24
**commended** [1] - 31:2
**comment** [3] - 16:14, 24:25, 32:3

**commented** [1] - 16:20
**comments** [1] - 29:16
**Commerce** [1] - 36:21
**commercial** [1] - 19:17
**Commission** [1] - 15:14
**common** [2] - 5:25, 16:2
**community** [4] - 18:8, 19:8, 37:2, 37:16
**companies** [2] - 5:2, 5:7
**compelling** [1] - 7:18
**completed** [2] - 26:14, 36:14
**completely** [1] - 26:5
**completion** [1] - 28:8
**component** [1] - 19:9
**comprehensive** [1] - 12:22
**Computer** [1] - 2:11
**Computer-aided** [1] - 2:11
**computerized** [1] - 2:11
**concerns** [1] - 27:22
**conclusion** [1] - 27:8
**concrete** [1] - 14:14
**conduct** [2] - 15:6, 30:8
**conferences** [2] - 37:6, 37:7
**Congress** [2] - 23:19, 34:12
**connection** [1] - 4:9
**consequence** [6] - 6:20, 6:22, 6:23, 8:2, 23:1, 33:3
**consequences** [8] - 6:23, 9:13, 11:10, 12:18, 32:14, 36:2, 36:4
**consider** [3] - 8:21, 10:24, 11:18
**consideration** [5] - 9:9, 13:4, 16:4, 22:19, 36:3
**considerations** [1] - 27:5
**considered** [3] - 12:25, 21:16, 21:20
**considering** [1] - 31:9
**consistent** [1] - 21:20
**constitute** [1] - 26:13
**constitutes** [1] - 32:11
**constitutional** [2] - 26:22, 33:7
**constructive** [2] - 11:6, 11:22
**construed** [1] - 8:22
**contact** [1] - 31:16
**context** [6] - 9:3, 9:4, 11:8, 11:10, 33:9, 34:8
**contexts** [1] - 9:19
**Continued** [1] - 2:1
**continues** [2] - 30:3, 37:20
**convene** [1] - 37:16
**convenient** [1] - 15:20
**conversation** [4] - 15:17, 16:17, 16:23, 16:24
**convicted** [4] - 6:4, 30:17, 30:19, 31:4
**conviction** [34] - 4:16, 4:19, 5:17, 6:24, 7:4, 7:13, 7:15, 8:1, 9:3, 9:12, 10:22, 15:1, 15:18, 15:20, 17:6, 17:13, 17:17, 19:18, 21:2, 21:24, 22:1, 22:16, 23:6, 23:7, 23:10, 23:12, 23:13, 24:1, 24:8, 25:5, 27:11, 27:15, 31:20, 32:22
**convictions** [5] - 22:23, 23:20, 29:8, 34:2, 38:7
**coordinators** [1] - 28:20
**copy** [1] - 35:8
**coram** [3] - 8:22, 8:24, 21:19
**corporation** [1] - 13:2
**correct** [5] - 7:21, 12:6, 20:8, 37:18,

39:10

**Counsel** - 3:9
**counsel** [5] - 8:14, 20:7, 20:10, 35:11, 38:5
**countries** [1] - 11:18
**country** [3] - 16:23, 36:18, 38:3
**couple** [5] - 20:6, 25:24, 30:22, 35:21, 37:5
**course** [4] - 10:7, 10:18, 12:24, 31:11
**Court** [35] - 2:8, 2:8, 3:3, 6:21, 8:20, 8:22, 9:25, 10:18, 12:3, 20:24, 21:4, 21:11, 22:12, 22:19, 24:13, 24:16, 24:18, 24:21, 25:4, 25:12, 26:8, 27:13, 27:18, 27:19, 28:3, 28:6, 29:10, 31:23, 32:18, 33:1, 34:10, 34:25, 35:1, 35:6, 39:16
**court** [9] - 3:1, 4:3, 11:3, 11:7, 13:12, 17:1, 21:1, 24:23, 32:7
**Court's** [8] - 6:6, 8:18, 9:9, 11:21, 17:12, 22:7, 27:10, 31:14
**court's** [1] - 34:5
**Courthouse** [1] - 1:5
**COURTROOM** [2] - 3:2, 3:6
**courts** [18] - 8:24, 9:21, 10:3, 10:5, 11:4, 12:11, 12:17, 13:7, 13:13, 13:15, 16:19, 19:13, 19:22, 21:20, 24:14, 26:21, 27:4, 32:20
**Courts** [1] - 9:1
**create** [1] - 23:11
**creatively** [1] - 13:22
**credits** [1] - 36:23
**CRI** [2] - 2:8, 39:15
**crime** [2] - 31:4, 35:24
**Crime** [2] - 35:20, 38:2
**criminal** [11] - 4:10, 7:8, 7:17, 8:23, 15:15, 22:18, 22:23, 23:6, 23:12, 27:25, 29:8
**criminalization** [1] - 15:18
**CRR** [2] - 2:8, 39:15
**curiae** [2] - 20:7, 24:13
**Curiae** [1] - 1:22
**current** [7] - 12:11, 12:20, 17:16, 19:11, 24:1, 24:21, 37:20
**Cycle** [1] - 37:6

**D**

**D.C** [2] - 1:20, 1:23
**databases** [1] - 14:1
**dated** [1] - 36:15
**David** [1] - 3:15
**DAVID** [1] - 2:5
**DAY** [1] - 1:18
**deal** [6] - 13:3, 13:18, 13:19, 13:22, 15:14, 15:19
**dealt** [3] - 15:3, 15:4, 15:5
**Dearie** [6] - 10:14, 24:18, 25:13, 25:19, 25:20, 29:19
**Dearie's** [2] - 16:21, 33:14
**debate** [1] - 17:21
**debt** [2] - 10:8, 26:6
**deciding** [1] - 24:1
**decision** [2] - 3:23, 29:19
**decrees** [1] - 9:14

**defect** [2] - 21:16, 21:25
**defendant** [2] - 1:8, 27:5
**defendants** [2] - 22:23, 37:22
**defense** [1] - 10:5
**deferred** [2] - 13:2, 13:6
**define** [1] - 10:6
**definition** [1] - 10:3
**Delegates** [1] - 38:13
**deny** [1] - 30:19
**Department** [6] - 13:4, 13:17, 13:20, 16:12, 34:6, 34:10
**department** [1] - 28:25
**Department of Justice** [3] - 35:14, 35:21, 36:16
**deposition** [2] - 12:3, 20:21
**DEPUTY** [2] - 3:2, 3:6
**Deputy** [1] - 37:12
**desk** [1] - 8:12
**deter** [1] - 35:24
**determination** [4] - 12:8, 12:9, 26:11, 26:24
**determined** [1] - 9:23
**develop** [1] - 15:15
**device** [2] - 12:12, 17:18
**dialogue** [2] - 11:6, 11:22
**differences** [1] - 9:5
**different** [10] - 5:7, 6:19, 12:13, 20:22, 22:20, 25:1, 30:3, 30:9, 32:19, 33:20
**differently** [1] - 28:15
**difficult** [6] - 14:1, 14:13, 16:5, 19:6, 24:8
**difficulties** [1] - 28:1
**difficulty** [1] - 22:15
**direct** [1] - 33:5
**directives** [1] - 28:4
**directly** [2] - 9:15, 32:9
**disabilities** [2] - 14:9, 16:8
**Disabilities** [2] - 5:14, 26:17
**disability** [1] - 14:4
**disable** [1] - 36:6
**discharge** [5] - 10:5, 10:6, 10:8, 10:12, 32:12
**discharged** [1] - 32:16
**discussing** [1] - 33:11
**discussion** [2] - 29:21, 34:3
**dispel** [1] - 37:18
**disposal** [1] - 12:7
**disrespectful** [1] - 18:4
**dissuading** [1] - 17:15
**distinguished** [1] - 27:9
**district** [3] - 9:20, 11:4, 32:7
**DISTRICT** [4] - 1:1, 1:1, 1:12, 2:3
**District** [6] - 3:3, 36:19, 36:25, 37:13, 37:23
**Docket** [1] - 3:7
**document** [3] - 26:18, 27:13, 28:7
**Doe** [6] - 3:25, 4:6, 4:11, 6:24, 22:15, 24:3
**Doe's** [1] - 21:3
**DOJ** [3] - 25:15, 28:13
**done** [4] - 4:21, 23:5, 28:10, 30:15
**door** [1] - 14:24
**dragged** [1] - 18:17
**drastic** [1] - 32:23
**dried** [1] - 16:13

**driver's** [1] - 19:17
**drivers** [1] - 19:16
**driving** [1] - 19:18
**drug** [2] - 13:5, 13:8
**drugs** [1] - 30:1
**during** [1] - 35:3

**E**

**E-mail** [1] - 2:10
**East** [1] - 2:4
**EASTERN** [2] - 1:1, 2:3
**Eastern** [1] - 3:3
**economic** [1] - 38:11
**educate** [1] - 36:22
**educates** [1] - 37:1
**education** [3] - 15:13, 19:9, 19:23
**effect** [7] - 5:22, 11:5, 30:14, 33:1, 33:14, 33:17, 34:6
**effective** [3] - 17:4, 17:6, 19:25
**effectively** [4] - 10:11, 10:13, 24:19, 33:7
**effectual** [1] - 14:12
**effectuate** [2] - 9:14, 14:19
**efficacious** [1] - 17:15
**effort** [2] - 38:14, 38:17
**efforts** [7] - 28:13, 28:23, 35:10, 35:23, 36:17, 37:9, 38:6
**either** [7] - 9:10, 10:8, 15:23, 17:16, 20:10, 22:9, 27:6
**Elected** [1] - 17:3
**elected** [1] - 17:3
**eliminate** [1] - 5:15
**elsewhere** [2] - 14:7, 29:20
**embraces** [1] - 34:11
**employ** [1] - 17:19
**employable** [1] - 26:5
**employed** [1] - 20:13
**employer** [10] - 15:7, 17:11, 17:16, 17:18, 27:14, 27:15, 27:20, 30:24
**Employer** [1] - 37:1
**employers** [10] - 7:2, 15:9, 18:1, 23:25, 26:4, 30:20, 30:22, 33:17, 36:22, 36:23
**employment** [10] - 8:3, 17:13, 26:14, 27:11, 28:14, 28:23, 29:19, 29:25, 36:8, 36:20
**enacted** [1] - 34:1
**encourage** [2] - 33:16, 34:12
**encouraged** [2] - 11:17, 34:3
**end** [6] - 6:3, 13:3, 14:7, 26:24, 28:4, 30:15
**enforcing** [1] - 9:6
**engage** [1] - 38:6
**England** [1] - 11:13
**enjoin** [1] - 7:11
**enlightened** [1] - 35:16
**enormously** [1] - 19:10
**ensuing** [1] - 9:12
**ensure** [1] - 36:10
**enthusiastically** [1] - 34:11
**entitled** [1] - 39:11
**equitable** [6] - 9:17, 9:24, 32:5, 32:11, 32:22, 33:8

**equities** [1] - 11:1
**erase** [2] - 21:2, 21:5
**ESQ** [6] - 1:17, 1:20, 1:21, 1:24, 2:2, 2:5
**essence** [1] - 17:10
**essentially** [3] - 5:4, 30:14, 33:16
**established** [1] - 5:1
**establishing** [1] - 4:4
**eventually** [1] - 4:13
**evidence** [2] - 16:11, 20:20
**exactly** [1] - 26:1
**example** [6] - 6:13, 10:10, 10:23, 11:7, 12:25
**except** [1] - 12:23
**exception** [1] - 31:1
**exceptional** [1] - 25:25
**exciting** [1] - 34:16
**executive** [1] - 11:14
**Executive** [4] - 11:15, 17:2, 18:4, 19:25
**exemplar** [1] - 11:11
**exemplary** [1] - 26:6
**existing** [1] - 13:11
**exists** [1] - 9:3
**expended** [2] - 38:14, 38:18
**expunction** [1] - 14:6
**expunge** [5] - 21:24, 23:20, 24:16, 25:5, 29:8
**expunged** [8] - 7:4, 7:14, 7:15, 17:6, 18:3, 18:14, 23:7, 27:20
**expungement** [18] - 4:1, 8:6, 10:14, 17:24, 18:11, 18:18, 18:20, 18:22, 22:9, 22:21, 23:11, 23:15, 24:9, 24:13, 25:21, 25:25, 31:16, 31:24
**extent** [4] - 20:25, 26:22, 28:3, 28:6
**extraordinary** [2] - 10:19, 11:24
**extreme** [7] - 10:19, 22:8, 22:21, 24:10, 25:21, 25:25, 32:21
**extremely** [1] - 12:12

## F

**faced** [1] - 22:15
**faces** [1] - 6:24
**facing** [1] - 35:15
**Facsimile** [1] - 2:9
**fact** [8] - 5:1, 9:23, 12:8, 12:9, 14:25, 18:2, 20:23, 31:9
**fact-based** [2] - 12:8, 12:9
**factor** [1] - 36:1
**facts** [4] - 12:7, 22:20, 25:23, 33:15
**fair** [2] - 36:20, 37:25
**fairly** [1] - 34:2
**fairness** [1] - 38:9
**family** [1] - 10:11
**FAPR** [2] - 2:8, 39:15
**far** [3] - 21:10, 21:22, 30:11
**FBI** [1] - 14:8
**fearful** [1] - 7:20
**federal** [7] - 6:16, 12:19, 13:7, 33:3, 33:9, 36:1, 38:5
**feet** [1] - 14:3
**feet-on-the-ground** [1] - 14:3
**felonies** [1] - 30:13

**felony** [4] - 15:1, 18:21, 19:18, 21:2
**few** [2] - 8:19, 32:18
**field** [1] - 4:15
**figure** [1] - 15:14
**figuring** [1] - 14:13
**finally** [4] - 10:16, 11:2, 23:2, 24:12
**fine** [1] - 13:14
**fired** [1] - 16:1
**first** [8] - 8:15, 8:20, 9:11, 10:17, 17:23, 20:8, 22:14
**Fishman** [1] - 37:4
**fit** [1] - 9:10
**five** [1] - 35:22
**floodgates** [1] - 10:17
**Floor** [1] - 1:16
**focusing** [1] - 17:1
**folks** [3] - 36:6, 36:22, 36:24
**footing** [1] - 34:13
**FOR** [1] - 1:11
**foregoing** [1] - 39:10
**forget** [1] - 26:1
**forgetting** [3] - 17:22, 23:16, 23:18
**forgiveness** [3] - 19:7, 23:16, 23:18
**forgiving** [3] - 17:21, 17:24, 18:7
**forgot** [1] - 18:24
**form** [2] - 14:19, 25:9
**formal** [1] - 34:5
**former** [2] - 36:10, 36:23
**formerly** [3] - 36:11, 36:22, 37:17
**forth** [1] - 11:5
**Forum** [1] - 37:1
**frankly** [1] - 15:8
**fraud** [5] - 4:8, 4:16, 6:5, 31:5
**free** [1] - 35:2
**frequently** [1] - 19:3
**Fresh** [1] - 37:24
**Frisolone** [2] - 2:8, 39:15
**full** [1] - 20:19
**functionally** [4] - 18:7, 18:10, 18:20, 19:1
**funding** [1] - 6:16
**furthermore** [1] - 10:24
**future** [2] - 8:3, 17:16

## G

**General** [6] - 35:25, 36:9, 37:12, 38:2, 38:12
**generally** [3] - 18:11, 28:13, 35:9
**generic** [1] - 26:16
**Georgia** [1] - 37:14
**given** [3] - 12:18, 14:6, 24:3
**glad** [1] - 34:16
**GLEESON** [1] - 1:12
**Gleeson** [2] - 3:4, 3:5
**goal** [2] - 14:9, 35:23
**goals** [1] - 35:22
**Golub** [5] - 3:11, 3:12, 3:21, 4:11
**GOLUB** [17] - 1:14, 1:17, 3:11, 3:22, 5:25, 6:11, 7:3, 7:10, 7:13, 7:24, 8:9, 23:4, 23:23, 29:15, 32:1, 39:1
**Google** [2] - 19:3, 19:4
**Government** [2] - 29:23, 34:17
**government** [1] - 5:5

**Government's** [4] - 21:14, 22:11, 24:16, 26:12
**governor** [2] - 19:11, 19:19
**Governor** [1] - 19:11
**Governor's** [1] - 37:15
**governors** [1] - 19:20
**grant** [5] - 10:18, 12:11, 17:2, 22:5, 31:23
**granted** [3] - 6:25, 11:14, 11:16
**great** [2] - 13:3, 13:18, 23:18
**greatly** [1] - 13:9
**gross** [1] - 35:13
**ground** [2] - 14:3, 29:17
**guess** [3] - 20:18, 22:9, 28:7
**guest** [1] - 14:19

## H

**hand** [2] - 27:14, 35:8
**hard** [4] - 15:11, 15:19, 19:1
**hasten** [1] - 13:16
**head** [1] - 27:17
**healthcare** [3] - 6:5, 14:25, 31:5
**hear** [2] - 34:3, 34:17
**heard** [4] - 3:20, 8:10, 19:15, 34:16
**hearing** [1] - 33:15
**held** [5] - 6:17, 10:3, 25:20, 31:8, 37:14
**help** [4] - 14:15, 37:10, 38:6, 38:7
**helped** [2] - 15:23, 19:13
**helpful** [5] - 28:12, 28:13, 28:19, 28:22, 29:11
**helping** [2] - 25:16, 29:11
**herself** [2] - 17:12, 27:9
**hesitant** [3] - 25:11, 25:14, 25:18
**highlights** [1] - 36:16
**hire** [3] - 5:7, 24:2, 36:24
**hired** [1] - 30:24
**hiring** [1] - 15:8
**historically** [3] - 10:7, 10:20, 11:19
**history** [2] - 9:22, 32:7
**hold** [1] - 27:14
**Holder** [3] - 35:25, 36:9, 38:3
**Holder's** [1] - 38:12
**honestly** [2] - 30:16, 31:10
**Honor** [15] - 3:13, 3:16, 3:17, 3:22, 4:17, 5:9, 8:11, 8:17, 11:25, 12:5, 14:23, 20:5, 28:17, 32:2, 34:19
**HONORABLE** [1] - 1:12
**Honorable** [2] - 3:4, 3:5
**hope** [3] - 13:17, 16:25, 26:2
**hosts** [1] - 36:20
**House** [2] - 12:21, 38:13
**huge** [2] - 23:11, 36:5

## I

**idea** [1] - 34:17
**identified** [1] - 35:22
**immediately** [1] - 23:18
**impact** [2] - 29:22, 30:17
**impediment** [1] - 27:12
**implicated** [1] - 7:7
**importance** [2] - 36:13, 37:2

**important** [6] - 16:9, 16:22, 19:10, 22:17, 32:8, 36:10
**impose** [1] - 32:15
**imposed** [1] - 36:5
**inability** [1] - 14:24
**incarcerated** [3] - 36:11, 36:22, 37:17
**incarceration** [2] - 15:17, 36:14
**incentive** [1] - 23:11
**incident** [1] - 30:7
**included** [1] - 30:23
**includes** [1] - 37:25
**including** [2] - 9:21, 32:22
**incongruous** [1] - 38:17
**indication** [2] - 7:4, 26:3
**individuals** [1] - 36:11
**ineligibility** [1] - 14:23
**ineligible** [1] - 15:1
**infirm** [1] - 4:12
**information** [3] - 12:2, 14:7, 29:10
**initial** [1] - 5:9
**Initiative** [1] - 35:20, 38:2
**initiative** [1] - 37:21
**Institute** [1] - 12:14
**instructed** [1] - 36:1
**insurance** [3] - 4:7, 4:16, 6:5
**intellectual** [1] - 29:21
**intended** [1] - 5:21
**intending** [3] - 7:21, 7:23, 8:4
**intent** [2] - 14:19, 14:21
**interagency** [1] - 38:5
**interdependence** [1] - 9:12
**interest** [2] - 14:13, 16:16
**interested** [1] - 19:12
**interesting** [3] - 14:1, 19:10, 34:15
**interpreted** [2] - 21:22, 21:23
**intervened** [1] - 18:24
**intervention** [1] - 31:14
**involved** [1] - 24:25
**involvement** [3] - 4:15, 16:16, 19:20
**issue** [9] - 10:2, 14:23, 17:8, 26:19, 27:19, 29:7, 33:12, 34:25, 38:20
**issued** [1] - 28:22
**issues** [5] - 8:19, 16:15, 19:12, 20:2
**issuing** [5] - 22:9, 24:14, 27:18, 28:6
**itself** [3] - 14:7, 21:5, 28:12

**J**

**jail** [1] - 23:13
**Jane** [1] - 15:24
**Jane Doe** [18] - 1:3, 1:15, 3:7, 3:11, 3:23, 14:4, 14:20, 17:5, 22:13, 28:14, 29:14, 29:18, 30:18, 31:15, 35:15, 35:17, 38:15
**job** [10] - 5:17, 14:5, 15:25, 17:5, 24:1, 25:14, 25:18, 30:2, 36:20, 37:10
**jobs** [8] - 20:15, 22:16, 23:22, 24:8, 25:17, 28:16, 30:22, 38:16
**John** [2] - 3:4, 3:5
**JOHN** [1] - 1:12
**Jones** [1] - 3:17
**JONES** [1] - 1:18
**judge** [2] - 17:7, 17:20
**Judge** [10] - 10:14, 13:1, 16:20, 16:21,

24:18, 25:13, 25:19, 25:20, 29:19, 33:14
**JUDGE** [1] - 1:12
**judges** [2] - 6:9, 11:13
**judgment** [1] - 17:12
**Judiciary** [1] - 16:16
**jurisdiction** [17] - 4:4, 8:21, 9:11, 13:14, 21:21, 21:24, 22:4, 22:5, 25:5, 26:19, 26:21, 26:23, 27:4, 27:7, 27:23, 27:24, 29:8
**jurisdictional** [3] - 22:6, 25:22, 26:7
**justice** [1] - 4:10
**Justice** [2] - 13:4, 13:17
**juvenile** [1] - 12:23

**K**

**Kasich** [2] - 19:11, 19:19
**keep** [3] - 17:19, 38:4, 38:18
**keeping** [2] - 17:5, 22:16
**kept** [2] - 31:11, 36:8
**KESSLER** [19] - 2:5, 3:14, 20:5, 25:11, 25:19, 26:15, 26:21, 27:1, 27:3, 27:17, 28:17, 28:24, 29:4, 29:13, 34:19, 34:21, 34:24, 38:22, 39:2
**Kessler** [3] - 3:15, 20:4, 33:2
**kind** [4] - 10:16, 16:23, 19:20, 33:6
**kinds** [1] - 12:13
**knows** [1] - 14:12
**Kokkonen** [6] - 9:4, 9:5, 9:7, 9:11, 21:23, 29:7

**L**

**lack** [1] - 30:7
**laid** [1] - 21:14
**language** [1] - 4:2
**large** [1] - 4:25
**last** [3] - 13:1, 15:9, 15:11
**launched** [1] - 37:24
**law** [15] - 9:7, 9:22, 11:9, 12:13, 13:23, 15:4, 18:22, 19:19, 21:15, 22:3, 24:10, 24:15, 24:21, 25:20, 35:8
**LAW** [1] - 1:22
**Law** [2] - 12:14, 15:13
**LAWRENCE** [1] - 1:21
**laws** [1] - 18:9
**lawyers** [1] - 37:8
**laying** [1] - 21:23
**lead** [1] - 12:18
**leaders** [2] - 37:1, 38:4
**learned** [1] - 17:17
**least** [5] - 9:1, 15:25, 24:9, 31:22, 33:2
**legal** [14] - 5:15, 9:18, 10:4, 14:1, 14:13, 14:23, 16:8, 21:16, 21:25, 27:18, 27:21, 28:1, 28:5
**legally** [3] - 5:16, 5:18, 27:12
**legislation** [4] - 12:11, 12:16, 12:21, 18:23
**Legislative** [1] - 11:8
**legislative** [3] - 12:13, 13:12, 17:3
**legislature** [2] - 11:17, 18:19
**legitimate** [1] - 7:14
**length** [1] - 8:25

**less** [2] - 20:14, 22:16
**letter** [1] - 30:23
**Lettow** [2] - 3:17, 12:6
**LETTOW** [7] - 1:20, 3:17, 8:11, 8:17, 11:25, 32:2, 39:3
**level** [2] - 18:12, 22:22
**license** [7] - 4:20, 7:5, 7:16, 19:17, 20:18, 21:3, 22:22
**Licensed** [2] - 4:11, 4:23
**licensing** [1] - 7:10
**life** [4] - 8:6, 16:8, 30:2, 36:13
**life-long** [1] - 36:13
**lifetime** [1] - 10:13
**lift** [1] - 14:3
**limited** [3] - 9:18, 19:23, 19:24
**limits** [1] - 36:3
**listed** [1] - 21:9
**listen** [6] - 6:14, 7:15, 30:24, 31:11, 31:17, 31:18
**listening** [1] - 29:18
**literally** [1] - 19:2
**LLP** [2] - 1:14, 3:12
**local** [2] - 37:21, 37:25
**logical** [1] - 27:18
**logically** [1] - 27:12
**logistics** [1] - 24:24
**look** [8] - 6:1, 6:3, 6:12, 7:16, 29:17, 29:20, 34:13, 34:25
**looked** [2] - 6:4, 32:7
**looking** [4] - 5:12, 19:4, 29:17, 32:10
**lose** [1] - 6:16
**Louisiana** [1] - 1:19
**love** [2] - 11:25, 35:6
**Love** [3] - 1:19, 3:18, 3:19
**LOVE** [11] - 1:22, 1:24, 3:19, 8:14, 12:5, 14:22, 17:21, 18:6, 18:16, 33:23, 39:4

**M**

**mail** [1] - 2:10
**main** [1] - 25:16
**major** [2] - 14:24, 15:16
**mandatory** [1] - 14:23
**manner** [1] - 27:9
**March** [1] - 36:16
**Margaret** [3] - 1:19, 3:18, 3:19
**MARGARET** [2] - 1:22, 1:24
**mass** [3] - 15:17, 15:18
**material** [1] - 9:4
**materials** [1] - 8:11
**matter** [7] - 3:22, 8:20, 14:25, 27:7, 38:10, 39:5, 39:11
**mean** [6] - 5:24, 17:14, 23:3, 25:9, 25:10, 31:6
**means** [1] - 18:20
**meant** [1] - 10:8
**meantime** [1] - 16:14
**measure** [2] - 4:25, 5:11
**mechanism** [1] - 15:21
**meeting** [2] - 15:13, 38:13
**memo** [1] - 38:21
**memorandum** [2] - 35:9, 35:19, 35:23
**memorializes** [1] - 35:13

**mentioned** [3] - 4:25, 20:11, 24:19
**merits** [2] - 31:9, 31:14
**method** [1] - 17:24
**might** [8] - 14:12, 21:11, 21:23, 26:9, 26:12, 27:23, 34:13, 36:23
**minimum** [2] - 22:14, 24:11
**misdemeanors** [1] - 30:13
**misperception** [1] - 37:18
**Mitchell** [1] - 3:12
**MITCHELL** [1] - 1:17
**mixed** [1] - 18:11
**Mobile** [1] - 36:21
**model** [2] - 19:7
**Model** [5] - 17:22, 17:23, 34:1, 34:14
**moment** [2] - 21:13, 28:9
**Monday** [1] - 1:7
**Morgan** [4] - 8:22, 9:2, 21:17, 22:2
**morning** [3] - 3:13, 3:16, 34:16
**most** [13] - 10:3, 12:14, 12:16, 15:16, 17:15, 17:17, 17:25, 19:11, 22:14, 30:14, 30:19, 32:21, 33:11
**mostly** [3] - 5:5, 29:24
**motion** [4] - 3:21, 7:6, 30:23, 38:23
**move** [2] - 16:18, 32:23
**movement** [1] - 15:22
**Mr. Capers** [1] - 38:21
**MS** [9] - 3:19, 8:14, 12:5, 14:22, 17:21, 18:6, 18:16, 33:23, 39:4
**myths** [1] - 37:18

### N

**N.E** [1] - 1:23
**N.W** [1] - 1:19
**name** [1] - 16:10
**names** [1] - 20:21
**narrow** [1] - 13:7
**narrowly** [1] - 10:6
**necessary** [1] - 11:9
**need** [3] - 16:24, 20:14, 30:5
**needed** [2] - 32:13
**needs** [1] - 16:13
**nervous** [1] - 15:8
**never** [8] - 9:15, 22:17, 23:6, 23:24, 29:25, 30:16, 32:6, 32:9
**NEW** [2] - 1:1, 2:3
**new** [2] - 9:6, 16:7
**New** [21] - 1:5, 1:17, 2:5, 3:3, 5:13, 7:10, 15:3, 18:13, 20:24, 21:1, 21:2, 21:5, 21:6, 23:24, 26:17, 27:25, 28:1, 30:12, 34:14
**next** [1] - 15:18
**nice** [1] - 29:21
**nobis** [3] - 8:22, 8:24, 21:19
**nonconviction** [2] - 18:12, 18:13
**normal** [1] - 11:5, 11:6, 11:22
**Northern** [2] - 37:13, 37:23
**note** [2] - 3:9, 6:1
**noted** [2] - 36:2, 36:9
**nothing** [2] - 6:5, 17:19
**notion** [1] - 6:10
**notwithstanding** [1] - 27:11
**number** [4] - 4:18, 4:21, 22:13, 33:20
**Nurse** [2] - 4:12, 4:23

**nursing** [2] - 5:2, 21:3

### O

**obvious** [1] - 24:7
**obviously** [7] - 14:11, 16:21, 17:2, 19:23, 28:20, 32:22, 36:5
**occur** [1] - 37:7
**October** [1] - 1:7
**OF** [6] - 1:1, 1:7, 1:11, 1:22, 2:3, 39:9
**offended** [1] - 18:9
**offenders** [2] - 13:5
**offenses** [3] - 18:12, 18:13, 18:21
**offered** [1] - 30:22
**OFFICE** [1] - 1:22
**office** [5] - 28:12, 29:1, 29:9, 35:16
**Office** [5] - 29:4, 29:6, 37:8, 37:15, 38:18
**offices** [1] - 38:15
**Offices** [1] - 29:7
**Official** [2] - 2:8, 39:16
**oftentimes** [1] - 11:15
**Ohio** [3] - 19:10, 19:13, 19:17
**Oklahoma** [1] - 37:23
**old** [2] - 18:22, 34:1
**Oliver** [1] - 32:4
**on-the-ground** [1] - 29:17
**on-the-street** [1] - 31:7
**one** [18] - 4:8, 6:12, 14:11, 14:25, 15:22, 19:15, 22:25, 24:3, 25:22, 30:7, 31:10, 32:19, 32:23, 33:2, 34:21, 35:1, 35:16, 36:3
**ones** [2] - 12:17, 15:9, 15:11, 22:14
**ongoing** [1] - 11:22
**open** [1] - 3:1
**operate** [1] - 36:6
**operative** [1] - 26:18
**opinion** [10] - 10:15, 13:3, 16:21, 18:18, 24:20, 25:9, 26:2, 26:4, 33:14, 35:2
**opportunities** [1] - 12:25
**opportunity** [3] - 7:22, 7:25, 13:15
**opposed** [1] - 13:23
**optimistic** [1] - 18:10
**oral** [1] - 3:6
**ORAL** [1] - 1:11
**order** [6] - 20:25, 21:4, 26:19, 27:19, 31:19, 35:2
**ordering** [2] - 22:9, 28:1, 31:19
**orders** [2] - 26:18, 28:4
**organizations** [2] - 12:14, 37:21
**original** [1] - 7:5
**otherwise** [1] - 6:17
**ought** [4] - 10:5, 13:19, 28:22, 38:19
**outlying** [1] - 29:9
**overly** [1] - 18:10
**overpenalization** [1] - 11:18
**overruled** [1] - 32:6
**overwhelming** [1] - 11:17
**own** [5] - 7:7, 16:21, 23:7, 31:21, 37:9
**owners** [1] - 6:15

### P

**Page** [1] - 20:17
**page** [2] - 7:6
**paid** [3] - 8:1, 10:9, 26:5
**papers** [3] - 7:6, 21:14, 30:23
**Pardon** [2] - 16:6, 16:12
**pardon** [10] - 11:12, 11:14, 12:9, 15:5, 16:7, 17:2, 18:3, 24:15, 24:24, 34:8
**pardons** [1] - 11:16
**part** [5] - 11:21, 12:2, 16:1, 16:6, 33:4
**partial** [1] - 27:7
**particular** [6] - 12:8, 19:24, 24:4, 24:5, 33:24, 35:15
**particularly** [3] - 19:4, 32:12, 32:13
**parties** [1] - 12:3
**partner** [2] - 37:21, 37:25
**partners** [2] - 36:21, 38:5
**partnership** [1] - 37:14
**party** [2] - 20:25, 27:25
**past** [1] - 18:19
**patchwork** [1] - 36:5
**pattern** [1] - 16:2
**Paul** [2] - 3:17, 37:4
**PAUL** [1] - 1:20
**payroll** [1] - 14:18
**Penal** [5] - 17:23, 34:1, 34:14
**penalties** [1] - 36:13
**pending** [3] - 12:21, 13:10, 15:5
**people** [21] - 4:12, 4:13, 6:13, 13:5, 14:15, 17:25, 19:3, 22:23, 25:16, 28:14, 28:16, 28:23, 29:24, 31:10, 36:12, 37:2, 37:9, 37:17, 38:6, 38:11, 38:15
**perfectly** [1] - 12:6
**performed** [1] - 4:14
**perhaps** [9] - 12:24, 13:11, 18:10, 19:23, 22:17, 29:5, 34:7, 34:8, 34:12
**period** [3] - 4:24, 26:25, 27:9
**permission** [1] - 8:18
**perpetual** [1] - 7:25
**person** [10] - 15:1, 16:4, 16:11, 17:11, 18:9, 25:2, 26:6, 33:6, 33:8, 33:15
**person's** [2] - 17:18, 17:19
**personal** [2] - 27:23, 27:24
**persuasive** [1] - 15:7
**pertaining** [1] - 24:15
**petition** [4] - 3:25, 8:21, 10:25, 24:16
**petitioner** [11] - 10:25, 20:7, 20:10, 20:12, 23:5, 24:6, 24:20, 25:6, 25:24, 26:5, 35:15
**piece** [1] - 34:5
**place** [1] - 16:10
**placed** [1] - 4:20
**plain** [1] - 38:10
**plaintiff** [1] - 3:11
**Plaintiff** [2] - 1:4, 1:15
**Plaintiffs** [1] - 1:14
**plane** [1] - 30:25
**play** [1] - 16:6
**Plaza** [1] - 2:4
**pleased** [1] - 13:10
**point** [4] - 5:20, 11:2, 22:3, 35:1
**pointed** [1] - 25:23
**pointless** [1] - 18:3

**points** [1] - 20:6
**policies** [1] - 36:2
**POP** [1] - 29:2
**position** [4] - 22:11, 24:16, 29:5, 29:10
**positive** [1] - 38:19
**positively** [1] - 13:22
**possession** [1] - 13:8
**possibility** [3] - 33:10, 33:24, 34:4
**possible** [2] - 5:11, 27:1
**possibly** [2] - 4:13, 34:17
**post** [2] - 9:3, 10:22
**post-conviction** [2] - 9:3, 10:22
**potential** [2] - 26:4, 36:22
**potentially** [1] - 33:20
**power** [2] - 17:2, 17:3
**powers** [1] - 27:22
**Practical** [2] - 4:11, 4:23
**prefer** [1] - 19:6
**preferable** [1] - 12:10
**preliminary** [1] - 3:22
**prepared** [1] - 36:16
**preposterous** [1] - 6:10
**presiding** [1] - 3:4
**pretty** [4] - 16:9, 16:11, 16:13, 21:15
**prevent** [1] - 26:8
**previous** [2] - 22:13, 22:19
**printing** [1] - 6:6
**priority** [1] - 38:3
**prison** [3] - 37:3, 37:9, 38:9
**Prisoner** [1] - 37:5
**private** [6] - 5:5, 5:6, 5:21, 6:8, 13:25, 33:17
**privately** [1] - 6:17
**probation** [10] - 4:20, 17:9, 17:10, 26:11, 26:14, 26:25, 28:4, 28:8, 28:24, 35:3
**probationary** [2] - 27:8, 36:12
**probationer** [2] - 27:9, 27:13
**problem** [12] - 12:15, 12:23, 13:19, 13:23, 14:24, 15:3, 15:14, 15:16, 15:24, 16:5, 21:25, 35:14
**problems** [3] - 13:15, 27:21, 28:5
**proceeding** [2] - 8:24, 21:6
**proceedings** [1] - 39:11
**Proceedings** [1] - 2:11
**process** [4] - 11:12, 11:16, 13:16, 21:7
**produced** [1] - 2:11
**productively** [1] - 10:10
**profession** [1] - 32:13
**professional** [1] - 30:4
**program** [4] - 15:12, 19:23, 29:3, 36:20
**Program** [3] - 16:12, 37:1, 37:24
**programs** [3] - 29:2, 29:23
**proliferate** [1] - 14:7
**promised** [1] - 38:4
**prong** [1] - 9:10
**properly** [1] - 7:11
**proposal** [1] - 12:17
**proposals** [1] - 15:4
**prosecution** [1] - 13:2
**prosecutors** [1] - 36:1
**prospective** [2] - 27:14, 27:15
**prospects** [1] - 37:19
**protect** [1] - 15:7

**provide** [3] - 10:11, 33:20, 37:21
**provides** [1] - 32:18
**provision** [1] - 26:22
**public** [10] - 4:14, 14:16, 14:17, 14:18, 15:12, 19:9, 19:22, 37:18, 38:10
**publicly** [1] - 19:12
**pulpit** [1] - 20:1
**punished** [1] - 8:5
**punishment** [1] - 7:25
**purely** [1] - 9:17
**purpose** [2] - 9:25, 37:16
**purposes** [1] - 32:22
**pursuant** [1] - 17:7
**put** [3] - 7:25, 16:10, 34:12
**putting** [1] - 30:18

## Q

**qualified** [1] - 27:10
**Querela** [6] - 9:10, 9:17, 10:19, 11:3, 22:5, 22:10
**querela** [15] - 8:19, 8:21, 8:24, 9:2, 9:23, 10:4, 10:7, 21:12, 21:19, 32:5, 32:17, 32:20, 33:4, 33:12, 33:18
**questions** [4] - 10:15, 14:2, 14:13, 27:24
**quite** [1] - 13:10

## R

**raise** [1] - 10:2
**raised** [1] - 5:9
**raises** [2] - 14:14, 27:15
**rare** [1] - 31:1
**rarely** [1] - 30:13
**rather** [2] - 8:23, 18:3
**RDR** [2] - 2:8, 39:15
**reach** [3] - 15:11, 16:24
**reached** [1] - 30:21
**readily** [1] - 7:1
**real** [8] - 4:14, 29:21, 30:2, 30:14, 30:17, 31:13, 34:6
**real-life** [1] - 30:2
**realistic** [1] - 31:2
**reality** [1] - 31:7
**really** [12] - 5:21, 5:22, 6:20, 12:6, 12:22, 13:10, 13:17, 19:8, 25:1, 29:6, 31:5, 34:5
**reapply** [1] - 20:15
**reason** [5] - 20:11, 21:17, 28:9, 30:21, 32:10
**reasonably** [1] - 18:2
**reasoning** [2] - 4:3, 4:5
**reasons** [8] - 9:17, 9:18, 9:24, 11:15, 22:13, 31:15, 32:5, 32:11
**recently** [1] - 12:14
**recidivism** [1] - 35:24
**recognized** [1] - 34:5
**recognizes** [1] - 34:6
**recommend** [1] - 24:23
**recommending** [1] - 11:14
**reconcile** [1] - 18:10
**record** [22] - 3:10, 7:1, 7:13, 7:17, 15:25, 19:2, 20:8, 20:20, 21:3, 21:5,

21:8, 22:15, 22:18, 23:9, 23:23, 24:4, 25:3, 30:6, 31:17, 31:21, 35:11, 39:11
**recorded** [1] - 2:11
**records** [5] - 12:4, 14:8, 15:15, 18:13, 27:20
**reduce** [1] - 35:24
**reenter** [1] - 38:6
**Reentry** [5] - 36:15, 37:1, 37:5, 37:15, 37:24
**reentry** [13] - 25:17, 28:19, 29:3, 29:11, 29:23, 35:10, 35:23, 36:24, 37:10, 37:14, 37:19, 37:22, 38:3
**refer** [1] - 5:3
**reference** [2] - 21:2, 26:3
**referenced** [2] - 35:22, 38:16
**referred** [1] - 36:10
**reflects** [1] - 35:11
**reflexively** [2] - 13:24, 15:10
**reform** [7] - 11:9, 12:13, 12:20, 12:21, 13:16, 15:4, 35:22
**reformation** [1] - 28:8
**reformed** [3] - 25:2, 25:6, 26:5
**regarding** [1] - 8:19
**regularly** [1] - 11:16
**regulations** [1] - 36:6
**rehabilitated** [3] - 6:7, 17:11, 33:15
**Rehabilitation** [8] - 5:10, 5:14, 23:15, 24:3, 26:10, 33:13, 34:4, 34:25
**rehabilitation** [2] - 26:16, 35:3
**reinstated** [1] - 6:3
**rejected** [1] - 8:2
**relates** [1] - 24:1
**relationships** [1] - 5:2
**release** [1] - 4:18
**released** [2] - 10:8, 38:9
**relief** [7] - 6:25, 11:24, 12:11, 14:9, 14:19, 17:1, 17:25
**Relief** [2] - 5:13, 26:17
**reluctant** [4] - 12:1, 12:4, 18:19, 20:1
**remarks** [1] - 38:12
**remedies** [5] - 10:21, 10:22, 32:19, 32:23, 33:21
**remedy** [2] - 18:8, 24:13
**remove** [2] - 5:17, 5:19
**removing** [2] - 16:8, 31:20
**renders** [1] - 27:10
**reply** [2] - 4:25, 20:10
**report** [2] - 22:24, 35:22
**reported** [1] - 23:6
**Reporter** [3] - 2:8, 2:8, 39:16
**REPORTER** [1] - 39:9
**reporting** [2] - 23:10, 23:13
**representing** [1] - 3:18
**request** [1] - 14:20
**required** [2] - 9:6, 23:19, 24:11
**requires** [1] - 25:21
**resolved** [1] - 14:2
**resource** [2] - 37:25, 38:5
**respect** [1] - 26:15
**respectfully** [1] - 29:18
**result** [2] - 4:19, 6:24
**resulted** [2] - 4:9, 4:16
**retraining** [1] - 30:5
**returning** [1] - 37:3
**rid** [1] - 19:2

(rise - trained)

rise [1] - 3:2
risk [1] - 15:20
river [1] - 37:5
ROBERT [1] - 2:2
role [1] - 19:22
ROSENBERG [1] - 1:21
routinely [2] - 11:13, 34:2
rubric [1] - 17:7
run [3] - 7:17, 18:8, 31:21
résumé [1] - 16:3

## S

safety [1] - 38:10
sake [1] - 14:20
Salgado [1] - 32:20
salient [2] - 20:23, 22:14
Sally [1] - 37:12
salutary [1] - 11:5
sanctions [1] - 14:23
saw [3] - 13:1, 31:1, 32:19
schemes [1] - 10:23
scholarship [1] - 9:23
scrubbed [1] - 21:9
seal [1] - 6:6
sealed [3] - 30:12, 30:13
second [2] - 15:6, 22:17
Second Circuit [4] - 9:15, 21:15, 25:20, 32:9
sector [3] - 5:21, 6:8, 12:19
seek [1] - 6:25
seeking [1] - 26:14
seeks [1] - 37:25
seem [1] - 6:11
sell [1] - 30:1
Senate [1] - 12:21
send [2] - 5:7, 16:3
sense [2] - 5:25, 38:11
sentence [8] - 4:17, 6:2, 10:12, 19:5, 23:8, 26:1, 32:15, 32:16
sentenced [2] - 4:17, 10:13
sentences [1] - 36:7, 36:12
sentencing [2] - 12:20, 27:4
sentiment [1] - 36:11
separate [1] - 8:24
separation [1] - 27:22
serve [1] - 26:2
served [5] - 6:1, 10:12, 32:16, 36:7
service [2] - 4:14, 5:17
serving [2] - 19:5, 23:8
session [1] - 3:4
set [3] - 17:24, 32:21, 33:24
setting [4] - 14:12, 36:24, 37:11, 37:22
settlement [2] - 9:5, 9:6
Seventh [1] - 1:23
severe [1] - 32:15
severely [1] - 36:6
shame [2] - 6:21, 12:24
share [2] - 35:18, 38:21
shared [1] - 35:11
short [1] - 7:20
shortly [1] - 12:1
showing [1] - 23:19
shown [2] - 25:24, 30:7

shows [1] - 20:16
side [1] - 25:16
signal [1] - 11:8
significant [3] - 5:8, 27:21, 28:5
similar [2] - 4:8, 11:15
simply [1] - 13:24
single [1] - 24:6
situation [5] - 5:13, 6:19, 30:10, 31:3, 31:13
skills [3] - 29:25, 30:2, 30:4
sliver [1] - 12:23
slow [1] - 12:20
small [2] - 13:5, 15:22
small-time [1] - 13:5
Smart [2] - 35:20, 38:2
society [2] - 26:6, 32:14
soften [1] - 15:21
sole [1] - 4:9
solid [1] - 34:12
solutions [1] - 12:13
someone [7] - 10:10, 14:4, 15:8, 20:2, 24:15, 25:2, 32:12
somewhat [1] - 12:1
soon [3] - 23:7, 23:8, 23:12
sorry [1] - 23:3
sort [5] - 15:10, 19:8, 21:3, 22:14, 24:14
sorting [1] - 15:20
SOS [1] - 29:2
source [1] - 22:4
Southern [1] - 36:19
specific [2] - 29:25, 34:9
specifically [1] - 33:4
spent [1] - 33:11
spoken [3] - 8:25, 19:12, 37:5
staff [1] - 37:8
stand [1] - 5:20
standpoint [1] - 5:8
Start [1] - 37:24
started [1] - 16:24
state [9] - 9:7, 12:16, 19:10, 31:16, 33:1, 33:16, 33:25, 35:3, 38:4
State [10] - 7:10, 20:24, 21:1, 21:2, 21:5, 23:24, 26:17, 27:25, 28:2, 30:12
statement [4] - 17:8, 17:11, 27:19, 28:7
states [1] - 12:12, 13:6, 13:18, 13:19, 14:10, 18:2, 18:11, 18:21, 18:22, 32:4, 33:25
status [1] - 22:25
statute [4] - 13:7, 13:8, 26:22, 34:10
statutes [1] - 36:5
statutory [3] - 10:23, 26:7, 34:13
stenography [1] - 2:11
step [3] - 8:23, 15:6, 15:12
steps [1] - 14:22
Stevenson [3] - 10:14, 24:19, 25:23
still [7] - 6:3, 7:1, 13:21, 23:10, 26:25, 27:5, 28:5
stop [1] - 23:13
stopped [1] - 23:8
Street [1] - 1:23
street [1] - 31:7
strikes [1] - 35:15
struck [1] - 5:15

stuff [1] - 29:17
subject [2] - 8:20, 27:7
subjecting [1] - 36:13
succeed [1] - 38:7
success [1] - 4:24
successful [1] - 28:8
successfully [1] - 26:14
successor [1] - 37:20
sufficiently [1] - 11:23
suggest [2] - 17:14, 25:11
suggested [1] - 24:23
suggesting [2] - 5:23, 6:10
suit [1] - 9:7
Sullivan [2] - 13:1, 16:20
summit [2] - 37:14, 37:16
supervised [1] - 4:18
supervision [3] - 26:12, 35:2, 36:7
support [1] - 3:21
Support [1] - 37:15
supporting [1] - 37:2
supportive [2] - 29:2, 29:5
suppose [1] - 13:20
Supreme [1] - 8:22
surely [1] - 33:3
suspended [2] - 4:20, 20:18
suspension [3] - 20:20, 21:5, 21:9
system [1] - 4:10

## T

talks [1] - 29:23
target [1] - 33:5
tax [1] - 36:23
Telephone [1] - 2:9
tends [1] - 14:7
Tenth [4] - 9:20, 9:21, 32:4, 33:19
term [1] - 26:16
terminal [1] - 4:13
terminating [1] - 35:2
termination [2] - 17:9, 17:10
terms [5] - 4:3, 10:16, 17:5, 30:18, 36:14
the defendant [4] - 2:3, 3:14, 17:18, 26:13
themselves [1] - 16:22
thinks [1] - 34:17
third [2] - 15:12, 33:10
thorough [1] - 18:8
three [1] - 14:22
throughout [2] - 16:23, 38:3
ticket [1] - 16:7
tickets [1] - 30:25
tiny [1] - 12:23
together [1] - 36:21
took [1] - 22:19
tool [1] - 15:22
toolkit [1] - 36:15
Toolkit [1] - 36:15
top [2] - 27:17, 38:3
topic [3] - 15:18, 16:17, 16:22
touch [1] - 20:6
toward [1] - 18:17
track [1] - 30:6
trained [1] - 30:1

**training** [1] - 37:22
**TRANSCRIPT** [1] - 1:11
**Transcript** [1] - 2:11
**transcript** [2] - 20:16, 39:10
**Transcription** [1] - 2:11
**transcripts** [1] - 12:3
**Transition** [1] - 37:15
**transparent** [1] - 19:7
**tremendously** [3] - 16:22, 19:25, 34:15
**tried** [1] - 19:8
**trucks** [1] - 19:16
**true** [2] - 20:16, 20:17
**trust** [2] - 18:1
**truthful** [1] - 22:18
**truthfully** [3] - 23:6, 30:18, 30:20
**try** [2] - 15:15, 15:21
**trying** [7] - 7:24, 12:12, 13:22, 15:14, 18:2, 28:15, 38:6
**turning** [4] - 21:12, 22:7, 23:2, 24:12
**two** [4] - 7:7, 22:14, 31:10, 32:25
**type** [3] - 14:3, 29:17, 30:5

### U

**U.S** [13] - 28:14, 28:19, 28:21, 29:6, 35:18, 36:19, 36:25, 37:4, 37:8, 37:13, 37:24
**U.S. Attorney** [2] - 35:10, 37:20
**U.S. Attorney's Office** [1] - 37:17
**ultimately** [2] - 23:14, 23:19
**Ultimately** [1] - 38:8
**unable** [1] - 10:10
**under** [13] - 9:7, 9:10, 9:11, 9:13, 10:3, 21:6, 24:21, 25:23, 32:11, 33:4, 34:7, 35:7, 38:23
**underlying** [2] - 8:23, 27:25
**unemployed** [1] - 38:19
**unemployment** [1] - 10:14
**unfortunate** [1] - 4:15
**unfortunately** [2] - 12:19, 16:12
**uniform** [1] - 15:15
**Uniform** [2] - 12:17, 15:13
**United States** [13] - 1:1, 1:7, 1:5, 1:12, 2:2, 2:4, 3:2, 3:7, 3:14, 3:24, 11:13, 36:18, 38:18
**unless** [1] - 18:21
**unlike** [1] - 6:23
**unlikely** [1] - 21:1
**unwilling** [2] - 15:9, 15:10
**up** [2] - 14:7, 16:13
**upload** [1] - 35:10
**urge** [1] - 19:8
**useful** [1] - 17:18
**usefulness** [1] - 18:11
**uses** [1] - 11:7

### V

**vacate** [2] - 32:21, 34:2
**value** [1] - 26:13
**various** [1] - 15:4
**versus** [1] - 3:24
**view** [2] - 11:24, 27:10

**views** [1] - 35:3
**Villafranco** [3] - 9:21, 9:25, 32:6
**vindicate** [1] - 9:13
**violations** [1] - 30:12
**virtually** [2] - 7:6, 29:22
**voluntarily** [2] - 22:24
**voting** [1] - 5:18
**vouch** [3] - 16:10, 24:20, 25:9
**vouching** [1] - 25:1

### W

**waiting** [1] - 19:16
**warrant** [3] - 11:24, 22:8, 31:14
**warranted** [1] - 23:10
**warranting** [2] - 22:21, 25:25
**warrants** [1] - 24:9
**Washington** [4] - 1:20, 1:23, 13:1, 33:25
**wave** [1] - 12:19
**ways** [2] - 7:7, 15:21
**web** [1] - 7:6
**website** [1] - 31:20
**week** [1] - 13:1
**weeks** [1] - 25:24
**weigh** [3] - 12:1, 12:4, 28:21
**welcome** [3] - 16:16, 16:19, 29:13
**WHEREUPON** [1] - 39:5
**whole** [1] - 30:25
**withdrew** [1] - 31:1
**wither** [1] - 32:18
**woman** [1] - 30:3
**women** [1] - 6:14
**wonder** [1] - 28:11
**word** [4] - 8:14, 26:3, 30:8, 34:9
**world** [1] - 29:22
**worth** [1] - 16:11
**Writ** [6] - 9:10, 9:16, 10:18, 11:2, 22:5, 22:10
**writ** [3] - 8:22, 21:16, 33:4
**wrote** [1] - 35:9

### Y

**Yates** [1] - 37:13
**year** [1] - 36:20
**years** [12] - 4:9, 4:12, 4:15, 4:18, 4:21, 6:24, 13:21, 17:8, 17:22, 18:24, 23:9, 35:21
**YORK** [2] - 1:1, 2:3
**York** [20] - 1:5, 1:17, 2:5, 3:3, 5:13, 7:10, 15:3, 18:13, 20:24, 21:1, 21:2, 21:5, 21:6, 23:24, 26:17, 27:25, 28:1, 30:12

### §

**§2255** [1] - 10:23